United States District Court
Southern District of New York
Southern Division
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York City 10007-1312

# 18CV9470

In the United States District Court
For the Southern District of New York
Southern Division

| | |
|---|---|
| TOMMIE CROSBY, DIN # 15A3242 and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓on behalf of themselves all others similarly situated;<br><br>    Plaintiff**s**,<br><br>    v.<br><br>KEVIN PETERMANN, M.D.<br>CHRISTOPHER LAROSA, PA-c<br>MARIO MALVAROSA, Doctor<br>NANCY RYERSON, Doctor<br>MC CARTHY, Doctor<br>DEBORAH GREER, Doctor<br>G. RIPICH, Doctor<br>TIM NGUYEN, Doctor<br>KYOUNG KIM, Doctor<br>CARL J. KOENIGSMAN, Doctor<br>JAIFA COLLADO, Acting Superintendent<br>P.L. MCNEIL, Correction Officer,<br>individually and in their official capacities.<br><br>    Defendants. | COMPLAINT<br><br>Jury Trial<br>Demanded<br><br>No._____ |

## I. PARTIES

### Plaintiff

1.      Plaintiff Tommie Crosby is and was, at all times relevant hereto, a prisoner in the custody of the New York State Department of Corrections and Community Supervision ("DOCCSS"). At the time of the events relevant hereto, plaintiff Crosby was incarcerated at the Manhattan Complex, North Infirmary Command, Downstate Correctional Facility, Auburn Correctional Facility. Plaintiff Tommie Crosby is currently incarcerated at Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York 12582-4000.

Defendants

2.      Defendant Dr. Kevin Petermann was, at all times relevant here to, a doctor employed or retained, by the New York City Department of Correctional Supervision (NYSDOCS) to provide medical care and medical treatment to detainees at Manhattan complex located at 125 White Street, New York, New York 10013, is sued in his individual capacities.

3.      Defendant Personal Assistance Christopher Larosa was, at all times relevant hereto, a personal assistance employed or retained by the New York City Department of Correctional Supervision (NYDOCS) to provide medical care and medial treatment to detanees at 1500 Hazen Street, East Elmhurst, New York 11370, located on Riker's Island, is sued in his individual capacities.

4.      Defendant Dr. Mario Malvarosa was, at all times relevant hereto, a doctor employed or retained by the New York State Department of Correctional Supervision (DOCCSS) to provide medical care and medical treatment to prisoners at Downstate Correctional Facility located at Red Schoolhouse Road, Fishkill, New York 12524, is sued in his individual capacities.

5.      Defendant Dr. Nancy Ryerson was, at all times relevant hereto, a doctor employed or retained by the New York State Department of Correctional Supervision (DOCCSS) to provide medical care and medical treatment to prisoners at Auburn Correctional Facility, located at 135 State Street, Auburn, New York 13021, is sued in her individual capacities.

6.      Defendant Dr. McCarthy was, at all times relevant hereto, a doctor employed or retained by the New York State Corrections and Community Supervision (DOCCSS) to provide medical care and medical treatment to prisoners at Auburn Correctional Facility located at 135 State Street, Auburn, New York 13021, is sued in his individual capacities.

7.      Defendant Dr. D. Greer was, at all times relevant hereto, a doctor employed or retained by the New York State Correctional and Community Supervision (DOCCSS) to provide medical care and medical treatment to prisoners at Auburn Correctional Facility located at 135 State Street, Auburn, New York 13021, is sued in her individual capacities.

8.      Defendant Dr. G. Ripich was, at all times relevant hereto, a doctor employed or retained by the New York State Correctional and Community Supervision (DOCCSS) to provide medical care and medical treatment to prisoners at Auburn Correctional Facility located at 135 State Street, Auburn, New York 13021, is sued in his individual capacities.

9.      Defendant Dr. Kyoung Kim was, at all times relevant hereto, a doctor employed or retained by the New York State Correctional and Community Supervision (DOCCSS) to provide medical care and medical treatment to prisoners here at Green Haven Correctional Facility located at 594 Route 216, Stormville, New York 12582, is sued in his individual capacities.

10.      Defendant Dr. Tim Nguyen was, at all times relevant hereto, a doctor employed or retained by the New York State Correctional and Community Supervision (DOCCSS) to provide medical care and medical treatment to prisoners here at Green Haven Correctional Facility located at 594 Route 216, Stormville, New York 12582, is sued in his individual capacities.

11.      Defendant Dr. Carl J. Koenigsmann was, at all times relevant hereto, a doctor employed or retained by the New York State Correctional and Community Supervision (DOCCSS) to provide medical care and medical treatment to prisoners around the State of New York. As Associate Commissioner and Chief Medical Officer, has the say so of which prisoners who receive medical care and medical treatment. Also, as Associate Commissioner and Chief Medical Officer, Defendant Dr. Carl J. Koenigsmann manages the day-to-day operations and  executes policies concerning medical care and treatment to prisoners in New York State located at Department of Corrections and Community Supervision, 1220 Washington Ave., Bldg. #9, Albany, New York 12226, is sued in his individual capacities.

12.    Defendant Ms. Jaifa Collado was, at all times relevant hereto, Acting Superintendent of Green Haven Correctional Facility. Defendant Ms. Collado also manages the Inmate Grievance Committee Program here at Green Haven Correctional Facility located at 594 Route 216, Stormville, New York 12582, is sued in her individual capacities.

13.    Defendant P.L. McNeil was, at all times relevant hereto, a Correction Officer employed by the New York State Corrections and Community Supervision Services (DOCCSS) here at Green Haven Correctional Facility located at 594 Route 216, Stormville, New York 12582, is sued in his individual capacities.

14.    Each defendant is sued individually and in their official capacity. At all time mentioned in this complaint, each defendant acted under the color of state law.

## II. Complaint

Plaintiff, Tommie Crosby, DIN # 15A3242, on behalf of himself and others similarly situated;

Verified Complaint for Damages
And Injunctive Relief

## III.Introduction

1.    This is a Civil Rights Complaint § 1983 action filed by Tommie Crosby, a state prisoner, on behalf of himself and all others similarly situated; and who is suffering with the very deadly Hepatitis A, B, and C viruses, alleging that the above named defendants violated and continue to violate his constitutional rights by not informing him that he is infected with the very deadly Hepatitis viruses or, that plaintiff's very deadly Hepatitis viruses is reactive. The Plaintiff is also alleging deliberate indifference to his very serious medical needs in violation of his Eighth Amendment and Fourteenth Amendment rights, and the delay and denial to receive medical care and medical treatment, and seeking injunctive relief and money damages. Plaintiff also seeks injunctive relief and damages pursuant to the American with Disabilities Act and the Rehabilitation Act.

IV.Jurisdiction

2.      This is a civil action authorized by 42 U.S.C. § 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. §§ 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

V.Venue

3.      Venue properly lie in the South District of New York pursuant to 28 U.S.C. § 1391(b)(2), because the events giving rise to this cause of action occurred at Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York 12582-4000. When plaintiff Tommie Crosby done an examination of his medical records here at Green Haven Correctional Facility and discovered the Constitutional violations on June 8, 2017, done by the above-named defendants.

VI.Exhaustion of Available
Administrative Remedies

4.      On June 20, 2017, plaintiff, Tommie Crosby exhausted his administrative remedies by filing three (3) separate grievances with the Grievance Department here at Green Haven Correctional Facility under log number 86927-17 alleging that the above named defendants did not inform him that his deadly Hepatitis viruses are reactive. All three (3) grievances were consolidated by Grievance Supervisor Ms. Stanaway on June 27, 2017. Plaintiff Tommie Crosby has appealed his grievance all the way up to C.O.R.C. in Albany, New York.

5.      At all relevant times herein, plaintiff Tommie Crosby is an adult citizen of the

United States and a resident of the State of New York.

VII.Previous Lawsuit

1.      Parties to the previous lawsuit are as follows:

Plaintiff: Tommie Crosby

Defendants: Dr. O'Connell, Robert Magee, P.A. Dr. Takos, Dr. Thomas Edwards, Ted Nesmith, P.A., Dr. Albert Paolano, Dr. William Smith Dr. Anthony Forte, and Dr. Maryann Genovese.

Previous Court Address

Northern District Court, 445 Broadway,
Room 509, Albany, N.Y. 12207

Previous Judges Assigned to the Case

Magistrate Judge: David E. Peeble
District Judge: Gary L. Sharp

Previous Court Docket or Index Number

No. 9:07-cv-1138

PREVIOUS BACKGROUND

In 1995, a BioRefernce Laboratories test came back to Attica Correctional Facility Medical Department diagnosing prisoner Tommie Crosby testing positive for the deadly Hepatitis C viruses. For ten years the previous defendants Dr. O'Connell, Robert Magee, P.A., Dr. Robert Takos, Dr. Thomas Edwards, Ted Nesmith, P.A., Dr. Albert Paolano, Dr. William Smith, Dr., Anthony Forte, Dr. Maryann Genovese, Lester Wright, the Associate Commissioned Chief Medical Officer allow prisoner Tommie Crosby to suffer with the very deadly Hepatitis viruses, violating prisoner Tommie Crosby's Eighth and Fourteenth Amendment rights by not administering medical care and medical treatment up to almost a ten

year period.

## STATEMENT OF FACTS

1.      Plaintiff Tommie Crosby brings this 1983 lawsuit against the above named defendants Dr. Kevin Petermann, and Christopher Larosa Personal Assistant of the New York City Medical Department of Correctional Health Services, and the defendants Dr. Mario Malvarosa, Dr. Nancy Ryerson, Dr. McCarthy, Dr. Debra Greer, Dr. G. Ripich, Dr. Tim Nguyen, Dr. Young Kim, and Carl J. Koenigsmann, the Associate Commissioner and Chief Medical Officer of the New York State of Correctional and Community Services, (DOCSS), Ms. Jaifa Collado, and P.L. McNeil, itself collectively referred to as the defendants. Plaintiff Tommie Crosby has the very deadly Hepatitis viruses. He is suffering with the very deadly Hepatitis A, B, and C viruses. Plaintiff Tommie Crosby are or were under the above named defendant's care and custody. Plaintiff is claiming that the defendants refused to inform him that his very deadly Hepatitis viruses A, B, and C is reactive and the delay and denial to receive medical care and medical treatment.

2.      On December 1, 2014, pretrial detainee Tommie Crosby was re-arrested for a new crime in the County of Queens, New York. On December 2, 2014, he was remanded to the custody of the City of New York Department of Correctional Services by a Queens County Justice and Transported to the Detention Complex at 125 White Street for processing.

3.      On the morning of December 3, 2014, he was escorted to the Medical Clinic there at the Manhattan Detention Complex by Corrections Officers .

4.      Also, during that new admission intake appointment with Dr. Kevin Petermann on December 3, 2014, pretrial detainee Tommie Crosby was offered the adult Hepatitis B virus vaccination by Dr. Petermann. Dr. Petermann explained to pretrial detainee Crosby at that time the Medical Department offers the Hepatitis B virus vaccination to every new admission as a precaution against contracting the Hepatitis B virus. Dr. Petermann also told pretrial detainee Tommie Crosby at that time that he did not see any reason why Crosby should need the

Hepatitis B virus vaccination. That is when pretrial detainee Crosby signed the refusal form on December 3, 2014, because Crosby believed that he was cured of the very deadly Hepatitis A, B, and C viruses before he was released from the Wende Correctional Facility on or about August 27, 2012. Unbeknownst to the Pretrial detainee Tommie Crosby he did not know that his blood tests administered by clinic personnel Christopher Pridgen and ordered by defendant Dr. Kevin Petermann came back abnormal for the very deadly Hepatitis C viruses. Nor, did the defendant Dr. Kevin Petermann tell Crosby that he tested positive for the Hepatitis C viruses, and giving a series of blood tests administered by clinic personnel Christopher Pridgen and ordered by defendant Dr. Kevin Petermann.

5.      The very next day, on December 4th, 2014, the laboratory's report came BioReference Laboratories showing pretrial detainee Tommie Crosby has a very high level titer for syphilis. (see Exhibit A, where Crosby's laboratory tests show a very high titer level for syphilis.) Also, only that very same day of December 4th, 2014, Crosby was escorted to the Medical Clinic once again by Corrections Officers where he once again encountered defendant Dr. Kevin Petermann. During that medical interview with Dr. Kevin Petermann, in the Medical Clinic, Crosby was told by Dr. Petermann that he has a very high titer level for syphilis, at that time. That's when Crosby told defendant Dr. Petermann that he had recently received treatment for the syphilis. That is when Dr. Petermann told Crosby that the laboratory report must be false and no other actions were taken by defendant Dr. Kevin Petermann.

6.      Also, on the very next day of December 5th, 2014, Crosby was escorted back to the Manhattan Medical Detention Complex complaining of excruciating pains of indigestion, vomiting, bloating, and diarrhea. Crosby was told at the Medical Clinic by medical personnel that he must have eaten something that didn't agree with his stomach. The medical personnel also told Crosby that with time, it would pass. They prescribed a Norvsac 2.5mg tablet and a Naproxen 250mg tablet for pain and sent Crosby back to his cell.

7.      Two (2) days later on December 7th, 2014, Crosby was again escorted back to the Medical Clinic and was seen by medical personnel because he was complaining of nausea,

loss of appetite, abdominal pains, and headaches. The medical personnel once again prescribe some multiple vitamins, aspirin EC 81mg tablets, and Robaxin 500mg tablets and sent back to his cell.

8.     On December 9th, 2014, Crosby was escorted back to the medical clinic complaining about Flu-like symptoms because he was starting to get night sweats, soaking his bed sheets. Crosby also explained to the medical personnel on the very same day that he can't sleep at night along with fever and fatigue. He was prescribed some Benadryl capsules, 50mg, to take orally at bed time, and some flu medication to control his flu-like symptoms. Crosby was escorted back to his cell.

9.     Soon thereafter, on December 12th, 2014, Crosby was escorted back to the medical clinic at the Manhattan Complex to be evaluated by the Medical Health Department. During the evaluation with the Mental Health personnel, Crosby explained to the mental health personnel that his mother had passed away on December 7th, 2014, and that he is having a very bad time sleeping at night. He also explained to the mental health personnel that he was experiencing these constant sweats day and night. He also explained to the mental health personnel that he'd become very depressed. The mental health personnel in their notes that Crosby does not need any further treatment for mental illness. (see Exhibit ((B)) Mental Health evaluation done by Cynthia Hill) Once again, Crosby was sent back to his cell.

10.     Unbeknownst to Crosby at the time of his evaluation with Mental Health personnel Cynthia Hill, he still hasn't been told by defendant Dr. Kevin Petermann, or any of the Medical Clinic personnel that his medical laboratories reports had come back an December 4th, 2014, testing his blood abnormal for the very deadly Hepatitis C viruses. During the whole six (6) months that Crosby was detained at the Manhattan Complex, neither defendant Dr. Kevin Petermann nor any of the Medical Clinic personnel offered Crosby any medical care or medical treatments for his very deadly abnormal Hepatitis C viruses.

11.     On or about July 8th, 2015, detainee Tommie Crosby was transported to the North Infirmary Command located on Riker's Island, where he also encountered defendant

Christopher Larosa personal assistance. Because Crosby had signed-up for sick-call, complaining of having very bad sweats and having flu-like symptoms. He also explained to defendant Personal Assistance Christopher Larosa that he was having very excruciating stomach pains and the loss of Crosby's appetite. The defendant Christopher Larosa then prescribed some Aspirin EC 81mg tablets, Norvasc 2.5mg, DermaVantage 1 lotion, because Crosby had developed very painful rashes between both of his thighs. Defendant Larosa then told Crosby to get come rest and sent Crosby back to his cell.

12.     A day later, Crosby was back at the North Infirmary Command Clinic complaining of very bad abdominal pains along with bloating. He told defendant Larosa that after he had eaten one of the facility meals that he would have to rush over to one of the trash cans in the dayroom and vomit the facility's food he had just eaten. After defendant Larosa then took Crosby's blood pressure and temperature and handed Crosby some more flu medications and told Crosby to continue his bed rest.

13.     Still, the whole time detainee Tommie Crosby was held at the North Infirmary Command, defendant Christopher Larosa or anybody from the Medical Clinic told Crosby that his very deadly Hepatitis viruses had returned back from the laboratory abnormal.

14.     On August 6, 2015, plaintiff Tommie Crosby Tommy Crosby was transferred to the Downstate Correctional Facility from the North Infirmary Command on Riker's Island by the New York City Department of Correctional.

15.     On the following day of August 7, 2015, Crosby was escorted to the Medical Unit at Downstate Correctional Facility along with other prisoners for their physical examination. Crosby was met by the medical staff there to have three (3) of (4) vows of blood drawn from him for laboratory testing. It is a standard procedure for all new prisoners entering into Downstate Correctional Facility to do a physical examination.

16.     Unbeknownst to plaintiff Tommie Crosby. Three (3) days later on August 10, 2015, plaintiff Tommie Crosby's blood-sample test results that were drawn from him on August 7, 2015, came back from the Bio Reference Laboratory testing plaintiff Tommie Crosby positive

for the very deadly Hepatitis viruses A, B, and C, with a very high ratio of 30.80. (See Exhibit (c) Bio Reference Laboratory testing of August 10, 2015.) These test was ordered by defendant Dr. Mario Malvarosa on August 7, 2015, while plaintiff Tommie Crosby was at Downstate Correctional Facility.

17.     While still incarcerated at Downstate Correctional Facility. Plaintiff Tommie Crosby would sign up for sick-call because he was still having episodes of night sweats loss of appetite, fatigue, nausea, vomiting, headaches, severe and excruciating abdominal pains. When sign up for sick call, plaintiff Tommie Crosby would explain to the Medical Staff there in the Medical Unit that he would experience very heavy thick saliva forming in the back of his throat and he would vomit up all the food he had eaten. He would also explain to the Medical Staff that he is continually having very bad bouts of diarrhea. The Medical Staff there told plaintiff Tommie Crosby that he might have caught a stomach virus and prescribe some bowel movement medication and told to plaintiff Tommie Crosby to drink a whole lot of water.

18.     After each visit to the medical unit at Downstate Correctional Facility. Plaintiff Tommie Crosby Crosby was never called back to the medical unit by defendant Dr. Mario Malvarosa or any of the medical staff there and offer any medical care and medical treatment for plaintiff Tommie Crosby very deadly hepatitis viruses A, B, and C. (Also, see Exhibit (C) Bio Reference Laboratories report ordered by defendant Dr. Malvarosa, who was there to call plaintiff Tommie Crosby back to the medical unit and do a follow up on August 25, 2015. That notation is on the far right hand side of laboratories report first page). Nor, was plaintiff Tommie Crosby told of his very deadly hepatitis virus status.

19.     On or about November 5, 2015, plaintiff Tommie Crosby was also transferred from Downstate Correctional Facility to Auburn Correctional Facility where he encountered the defendants Dr. McCarthy, Dr. Nancy Ryerson, Dr. D. Greer, and Dr. G. Ripich, in the medical unit there.

20.     On December 17, 2015, defendant Dr. Nancy Ryerson scheduled plaintiff Tommie Crosby for blood to be drawn for a tuberculosis test. (See exhibit (D) Bio Reference

Laboratories report.) That laboratory report came back from Bio References Lab on December 19, 2015. It tested plaintiff Tommie Crosby negative for the tuberculosis disease. Soon thereafter, plaintiff Tommie Crosby signed up for sick call because he had developed a very painful and irritating rash upon his upper torso and in between his thighs. Plaintiff Tommie Crosby was scheduled for a medical appointment to be seen and examined by one of the facility healthcare providers. Plaintiff Tommie Crosby was seen and examined by defendant Dr. Nancy O'Connor-Ryerson. While sitting in the examining room on the examining room table, Ryerson asked plaintiff Tommie Crosby to remove his shirt so she could see and examine the very painful and irritating rashes on his upper torso.

21.    After defendant Dr. Ryerson had examined the rashes plaintiff Crosby explained that he had started experiencing excruciating burning pains in the lower right side of his abdomen. After Ryerson went through plaintiffs medical charts for a few minutes, she told plaintiff Tommie Crosby that he would have to submit another sick call slip for that because he was not there for that. That is when she got up out of her chair and left the examination room. A few minutes defendant Dr. Ryerson got up out of her chair and left the examination room. A few minutes later. Defendant Dr. Ryerson return with an officer and a nurse with her and told plaintiff Tommie Crosby to drop his pants. After defendant Dr.Ryerson examined plaintiff Tommie Crosby's groin area for a few minutes. Then defendant Dr. Ryerson prescribed some medications of Ketocazole Topical Shampoo and econazole Nitrate cream to remove the very painful and irritating rashes from plaintiff upper chest area.

22.    During that very same medical interview with defendant Dr. Ryerson. Plaintiff Tommie Crosby tried once again to explain to defendant Dr. Ryerson that he was vomiting up the food he was eating and having very severe stomach pains. Defendant Dr. Ryerson then checked plaintiff's blood pressure, heartbeats, and temperature, After during those things. She then sat back down at her desk and went through plaintiff medical folder. Then she told plaintiff Tommie Crosby that she don't see anything wqrong with him. Defendant Dr. Ryerson never once told plaintiff Tommie Crosby about his medical condition of told plaintiff that his blood tests

that were done at Downstate Correctional Facility came back positive on August 10, 2015.

23.    On January 4, 2016, defendant McCarthy examined and evaluated the very same medical records as defendant Dr. Nancy O'Connor-Ryerson. (Also See Exhibit (D) in the lower right hand corner where defendant McCarthy signs and dates the medical report.)

24.    While still incarcerated at Auburn Correctional Facility on July 10, 2016, plaintiff Tommie Crosby signed up for sick call. Plaintiff Tommie Crosby told the nurse at sick call that he was experiencing very painful abdomen pains and has a very big lump in his abdomen. Before leaving the nurse's station and returning back to his cell. The nurse told plaintiff Tommie Crosby that she was making an doctor's appointment for plaintiff to be seen by healthcare providers.

25.    On July 12, 2016, plaintiff Tommie Crosby was called to the medical unit at Auburn Correctional Facility to be seen by a healthcare provider. That is where plaintiff Tommie Crosby encountered defendant Dr. D. Greer. Plaintiff explained to Defendant Dr. Greer that he has a very big lump in his abdomen that is also causing him excruciating pains. He also explained to defendant Dr. Greer that he had eaten on of the facility meals. That plaintiff would either throw up on the messhall or in the hallway on plaintiff way back to his cell. Plaintiff told defendant Dr. Greer that he has constant indigestion and diarrhea.

26.    Also during that medical conversation with defendant Dr.Greer. That he plaintiff is experiencing a loss of appetite, nausea, fatigue, fever, night sweats, and headaches. After looking through plaintiff's medical records for a moment. She ask plaintiff if he ever had a flu shot. Plaintiff Tommie Crosby responded to defendant Dr. Greer question by telling her that he gets a flu shot every year. Thats when she told plaintiff Tommie Crosby to get a flu shot this year because she did not see anything wrong with him.

27.    In defendant Dr. Greer's diagnosis of the lump in plaintiff's abdomen she said that his xiphoid is process, which is a normal part of his anatomy. (see Exhibit (E) Central Office Review Committee determination) During this medical examination of him that plaintiff Crosby has test positive for the very deadly Hepatitis A, B, and C viruses since plaintiff

Tommie Crosby returned to a New York State facility on August 10, 2015.

28.    While still incarcerated at Auburn Correctional Facility. Plaintiff Tommie Crosby sign up for sick call again complaining of flu-like symptoms, fatigue, fever, night sweats, loss of appetite, nausea, vomiting, diarrhea, adbominal pains, and very bad excruciating burning pains in his lower right side of his abdomen. The nurse assistant at sick call told plaintiff that he is signing plaintiff up to see a healthcare provider and plaintiff return to his cell he was assigned to.

29.    Some time later on November 17, 2016. Again plaintiff was call back to the Facility Health Care Unit at Auburn Correctional Facility to be seen by defendant Dr. Gregory Ripich for the very big lump in plaintiff abdomen.

30.    On that very same day during the medical interview with defendant Dr. Ripich. Plaintiff Tommie Crosby explain to defendant Dr. Ripich that the lump in plaintiff abdomen has got bigger and very painful and hard for plaintiff to breathe. Plaintiff also told defendant Dr. Ripich that he is having symptoms night sweats, fever, fatigue, loss of appetite, nausea, vomiting, diarrhea, abdominal pains, and headaches. Defendant Dr. Ripich did not even examine plaintiff Tommie Crosby. Nor did defendant Dr. Ripivch order any x-rays to examine what the problem is. (See Exhibit (E) Central Office Review Committee determination.) Defendant Dr. Ripich only prescribed Prilosec medication which prescribe for ulcers and sent plaintiff Tommie Crosby back to his cell.

31.    After taking the Prilosec medication that defendant Dr. Ripich prescribe for plaintiff. Plaintiff Tommie Crosby symptoms got worst. Still, plaintiff Tommie Crosby could not hold any food in his stomach and plaintiff continued to suffer from constant night sweats, fever, fatigue, loss of appetite, nausea, vomiting, diarrhea, abdominal pains, and headaches. every time palintiff would sign up for sick call.The above name defendants did nothing to tell plaintiff that plaintiff tested positive for the very deadly Hepatitis A, B, and C viruses. Nor did the above named defendants offerany Hepatitis A, B, and C viruses treatment to plaintiff Tommie Crosby from November 5, 2015 to April 28, 2017 while plaintiff was incarcerated at Auburn Correctional Facility.

32.     On or about April 28, 2017 plaintiff Tommie Crosby was transferred from Auburn Correctional Facility to Green Haven Correctional Facility on an area preference transfer where plaintiff Tommie Crosby Crosby remains incarcerated until this very day.

33.     On plaintiff Tommie Crosby 's arrival here at Green Haven Correctional Facility on the evening of April 28, 2017. Plaintiff received a health services orientation by the Medical Staff along with three(3) other prisoner. (See Exhibit (F) State of New York Department of Corrections and Community Supervision Health Services Orientation).

34.     During plaintiff's incarceration here at Green Haven Correctional Facility. Plaintiff is still experiencing flu-like symptoms including loss of appetite, indigestion, nausea, vomiting, bloating, abdominal pains, diarrhea, headaches, and very bad excruciating burning pains in plaintiff's lower right hand side of his abdomen.

35.     Plaintiff Tommie Crosby sign up for sick call on several occasions without being called to sick call to be seen by medical staff here at Green Haven Correctional Facility

36.     Some time later after plaintiff Tommie Crosby had not gotten a response from the medical department here at GreenHaven Correctional Facility.

37.     Plaintiff Tommie Crosby redceived a mandatory medical clinic appointment to meet with defendant Dr. Kyoung Kim for a regular medical check-up.

38.     During that medical appointment with defendant Dr. Kyoung Kim in the examining room. Plaintiff Tommie Crosby explained to Dr. Kim that the plaintiff had develop some very painful irritating rashes on the upper part of his torso and in between both of plaintiff's inner thighs.

39.     At that time defendant Dr. Kim did not ask plaintiff Crosby to remove his shirt or drop his pants so that defendant Dr. Kim could examine the very painful and irritating rashes on plaintiff's upper torso and in between both of plaintiff's inner thighs. Dr. Kim just sat there at defendant desk in defendant chair and wrote out a prescription for Ketocazole Topical Shampoo and Econazole Nitrate cream, the same prescriptions that defendant Dr. Ryerson prescribed when plaintiff Tommie Crosby was in Auburn Correctional Facility.

40.    While Dr. Kim was writing out the prescription for the plaintiff. Plaintiff Tommie Crosby was trying to explain to defendant Dr. Kim of the very painful symptoms plaintiff is having.

41.    Plaintiff explain to defendant Dr. Kim that plaintiff is experiencing flu-like symptoms, including los of appetite, indigestion, nausea, vomiting, bloating, abdominal pains, diarrhea, night sweats, headaches, and excruciating burniing pains in plaintiff lower right hand side of plaintiff abdomen.

42.    After plaintiff Crosby had finish explaining to defendant Dr. Kim of the very painful symptoms plaintiff is experiencing. Defendant Dr. Kim started typingon the computer on the desk and started looking through plaintiff medical records for a few minutes. Then defendant Dr. Kim told plaintiff Crosby that plaintiff must have eaten something that did not agree with plaintiff stomach and sent plaintiff back to plaintiff Housing Unit. During that entire conversation with defendant Dr. Kim. Defendant Dr. KYoung Kim did not tell plaintiff Crosby that plaintiff the very deadly hepatitis A, B, and C viruses are positive.

43.    Right after that medical appointment with defendant Dr. Kim. On May 21, 2017., plaintiff Tommie Crosby sat down in plaintiff cell and wrote a short note to Ms. Leslie Carey, Nurse Administrator to review plaintiff medical records because plaintiff Tommie Crosby wanted to know why he is having these symptoms and very excruciating abdominal pains and burning pains in plaintiff lower right hand side of plaintiff abdomen. (See Exhibit (G) Nurse Administrator Ms. Leslie Carey's Memorandum response to plaintiff Crosby's request to review plaintiff's medical records on May 31, 2017.)

44.    On the morning of June 8, 2017, plaintiff Tommie Crosby was giving a facility pass to Medical Unit here at Green Haven Correctional Facility to review medical records along with the Medical Records Officer.

45.    During that review of plaintiff Tommie Crosby medical records along the Medical Records Officer. On that morning of June 8, 2017., that is when plaintiff had tested positived for the very deadly hepatitis A, B, and C viruses back on August 10, 2015, when plaintiff was in

Downstate Correctional Facility (See exhibit (C) Bio Reference Lab report ordered by defendant Dr. Mario Malvarosa).

46.     On that same day of June 8, 2017., while plaintiff Tommie Crosby was reviewing plaintiff medical record. Plaintiff Tommie Crosby discovered a handwritten Ambulatory Health Record entry dated May 25, 2017, done by defendant Dr. Tim Ngyuyen saying that plaintiff Tommie Crosby tested positive for the hepatitis A, B, and C viruses. Still, defendant Dr. Tim Nguyen or anyone else here at Green Haven Correctional Facility Medical Unit felt the need to tell plaintiff that plaintiff Tommie Crosby tested positive for the very deadly Hepatitis A, B, and C viruses. (See exhibit (H) Ambulatory Health Record entry dated May 25, 2017, done by defendant Dr. Tim Nguyen.)

47)     Nine (9) days later after plaintiff Tommie Crosby had reviewed platntiff's medical records with the medical records officer here at Green Haven Correctional Facility. Plaintiff Tommie Crosby filed three (3) separate grievances here with the Inmate Grievance Resolution Committee (IGRC). (See Exhibits (I) plaintiff's grievances dated June 16, 2017,) Plaintiff Tommie Crosby requested that all the grievances that plaintiff Tommie Crosby have file be forwarded back to all the facilities where plaintiff Tommie Crosby was incarcerated for the above named defendant's response. As of yet none of the above named defendants have responded to plaintiff's grievances.

48.     On July 11, 2017, the IGRC recommended that Directive #4300 be adhered to by the above-named defendants and plaintiff Tommie Crosby to receive the appropriate medical care and medical treatment. (See Exhibit (J) Grievance Case History and Record Green Haven Correctional Facility.)

49)     Right after plaintiff Tommie Crosby received plaintiff's response back from the Grievance Committee. Plaintiff received a mandatory clinic appointment fron the medical department here at Green Haven Correctional Facility to speak with Dr. Kyoung Kim.

50)     During that whole medical interview with defendant Dr. Kyoung Kim. Defendant Dr. Kim kept telling plaintiff Crosby that he is cured. HDefendant Dr. Kim was saying to plaintiff

"You're cured right, You're cured right." And then defendant Dr. Kim told plaintiff Tommie Crosby "You recevied treatment back in June 2006." Defendant Dr. Kim then told plaintiff Crosby in the examination room or any recommendations into plaintiff Crosby medical charts. that day. Defendant Dr. Kim then told plaintiff Tommie Crosby that plaintiff Crosby could leave.

51)    On July 17, 2017 plaintiff Tommie Crosby appealed the Inmate Grievance Committee's recommendations to the Superintendent, Mr. Thomas Griffin. (See Exhibit (K)). On August 29, 2017, defendant Acting Superintendent Ms. Jaifa Collado responded to plaintiff's grievance appeal in the behalf of Superintendent Mr. Thomas Griffin. (See exhibit (L).(Also, see exhibit (L) for plaintiff's reply to defendant Acting Superintendent Ms. Jaifa Collado's response).

52)    In defendant Ms. Collado's investigation and findings. Defendant Ms. Collado admits that plaintiff Tommie Crosby had blood work done on August 7, 2015. But defendant Ms. Collado fail to mention in her investigation and findings that blood work on August 7, 2015 came back from Bio Reference Laboratories testing positive for the very deadly Hepatitis A, B, and C viruses. Also, in defendant Acting Superintendent Ms. Collado investigation and findings fail to mention that plaintiff Tommie Crosby was never told by any of the above named defendant's that plaintiff tested positive for the very deadly hepatitis C viruses or that plaintiff hepatitis C is reactive. (see Exhibit (L)).

53.)    Also, in defendant Acting Superintendent Ms. Collado's investigation and findings. She never once mention that any of the above named defendant's offered plaintiff Tommie Crosby any medical care or medical treatment for plaintiff's hepatitis A, B, or C. Defendant Acting Superintendent just outright denied plaintiff grievance without further investigation.(Also see Exhibit (L)).

54)    Defendant Acting Superintendent Ms. Collado also mention in her investigation and findings that plaintiff Tommie Crosby should attend sick call to request a follow-up appointment for the Colonoscopy and to discuss his Hep C issue with healthcare provider Dr. Kyoung Kim. Plaintiff Tommie Crosby had done so way before defendant Ms. Collado had made her investigation and findings. On July 27, 2017 plaintiff Crosby wrote a letter to

defendant Dr. Kim requesting schedule an appointment as soon as possible with the defendant. (see Exhibit (M) letter from plaintiff Tommie Crosby to Defendant Dr. Kim dated July 27, 2017).

55)    On August 10, 2017 defendant Dr. Kyoung Kim ordered bloodwork screening for plaintiff's Colonoscopy. (See Exhibit (N) Bio Reference final report).

56)    On August 22, 2017, Defendant Dr. Kyoung Kim ordered other bloodwork screening for plaintiff's Hepatitis C viruses. Those Bio Reference Laboratories tests came back reactive for Hepatitis A, B, and C viruses. (See Exhibit (O) Bio Reference Laboratories final report dated August 22, 2017).

57)    On September 2, 2017, Defendant Dr. Kyoung Kim ordered another screening of plaintiff Tommie Crosby's bloodwork and that Bio Reference Laborartories final report came back detected for very deadly Hepatitis C virus. (See Exhibit (P)). Still, Defendant Dr. Kim has not told plaintiff Tommie Crosby that his Hepatitis A, B, and C viruses are reactive, or in the very least that the plaintiff Tommie Crosby's hepatitis C viruses were detected.

58)    A couple of weeks later on September 18, 2017, plaintiff Tommie Crosby was called back to the medical healthcare unit here at Green Haven Correctional Facility to be seen by defendant Dr. Kyoung Kim after all plaintiff Crosby's grievances were filed.

59)    At that appointment Defendant Dr. Kim entered the examination room on the above date of September 18, 2017. Defendant Dr. Kyoung Kim told plaintiff Tommie Crosby to sit on the examination table and as plaintiff Tommie Crosby began to speak about his symptoms Defendant Dr. Kim told him to shut up. Plaintiff just sat there silently waiting to see what Defendant Dr. Kim would do next. Defendant Dr. Kim did nothing next but told plaintiff Tommie Crosby to leave the exam room. Not once did he mention anything about the positive test results from the two reports mentioned above from August 22, 2017 and September 2, 2017, for the very deadly Hepatitis A, B, and C viruses.(See again, Exhibit (O)).

60)    Soon thereafter, again plaintiff Tommie Crosby wrote a short letter to Nurse Administrator Ms. Leslie Carey requesting another review of his medical records. Upon receiving his medical records plaintiff Tommie Crosby discovered that Dr, Kim wrote a partial

handwritten Ambulatory Health Record entry that plaintiff Tommie Crosby walked out. Plaintiff Tommie Crosby never walked out of the examination room, rather he was told to leave by Dr. Kyoung Kim.

61)    On November 22, 2017, plaintiff Tommie Crosby was again called to the Medical Healthcare Unit to see defendant Dr. Kim. Still, defendant Dr.Kim did nothing to offer plaintiff Tommie Crosby any medical care or treatment for hisvery deadly Hepatitis A, B, and C. Nor did defendant Dr. Kim tell plaintiff Tommie Crosby of his positive test results for Hepatitis A, B, or C. Or, that plaintiff very deadly Hepatitis C viruses are reactive.

62)    Unbeknownst to plaintiff Tommie Crosby at the time on June 8, 2017, when plaintiff Tommie Crosby reviewed his medical records he still did not know he had been tested positive for Hepatitis, because no one from any of the above mention Medical Department felt the need to tell plaintiff..

63)    Shortly thereafter, on March 13, 2018 plaintiff received another Mandatory Clinic Appointment to meet with Defendant Dr. Kim again at one o'clock in the afternoon. Plaitiff could not attend that mandatory call out because the escorting officer never came to the cell block to escort plaintiff Tommie Crosby to the Medical Unit. (See Exhibit (Q) Medical Department Callout Form).

64)    Plaintiff Tommie Crosby then took matters into his own hands. On June 16,2017, plaintiff filed three separate Inmate Grievance Complaints that were subsequently consolidated together by Inmate Grievance Program Supervisor Ms. Stanaway on June 27, 2017. (See Exhibit (R) Inmate Grievance Resolution Committee Acknowledgement of Receipt under log number Grievance Hearing 86927-17).

65)    In those three (3) consolidated grievances of June 16, 2017 plaintiff Tommie Crosby requested that the Grievance Committee forward a copy of that grievance to defendant Chief Medical Officer, Mr. Carl J. Koenigsmann for defendant's response because the defendant in charge of prisoner's day-to-day operations medical care and medical treatment to which prisoners that recieve the Hapatitis C viruses medical treatment. Plaintiff Tommie

Crosby was and is requesting a response from defendant Dr. Koenigsmann as to why plaintiff Tommie Crosby was never told of plaintiff Tommie Crosby that he tested positive for the very deadly Hepatitis A, B, and C, by the medical staff at the different medical facilities where plaintiff was incarcerated. And why plaintiff Crosby has not received the appropriate medical treatment concerning his present status. (See Exhibit (I) Plaintiff Tommie Crosby's grievance dated June 16, 2017). Until this very day. Plaintiff Tommie Crosby still has not received a response from defendant defendant Dr. Koenigsmann concerning a medical card and medical treatment.

66)    On January 25, 2018, plaintiff Tommie Crosby left his work assignment in the main dining hall for prisoners to return back to his cell so he could attend his law labrary callout for that evening.

67)    At approximately 5:30 p.m. on January 25, 2018, plaintiff Tommie Crosby left his assigned cell to attend plaintiff's law library call out. Before exiting the cell Plaintiff quickly reached for a pen from atop his licker, but instead of grabbing a pen he unknowingly grabbed an altered item that he used as a screwdriver to repair his radio. He then proceeded to the law library with the item in his pocket.

68)    Upon entering the J school, where the law labrary is located, palintiff realized that he did not have his institution identification card in his pocket because he had left it at his work assignment in the dining hall.

69)    Plaintiff Tommie Crosby then encountered defendant Correction Officer P. McNeil in the law library J school area. Plaintiff Tommie Crosby was then told by defendant P. McNeil to step out into the hallway outside of the law library for a pat frisk. C.O. McNeil then proceeded to pick up plaintiff's 1983 Civil Rights Complaint from the bench. By this time the area sergeant S. Scott had walked over to where C.O. McNeil and palintiff were standing.

70)    Also , during that point in time. Plaintiff Tommie Crosby heard defendant P. McNeil tell the sergeant that plaintiff Tommie Crosby was not getting his 1983 Civil Rights Complaint back. Plaintiff Tommie Crosby was then handcuffed and taken to the Special Housing Unit (SHU) by Sergeant Truesdell and two other corrections officers. Plaintiff Tommie

Crosby asked sergeant Truesdell if he was getting his 1983 complaint returned to his possession and sergeant Truesdell assured him that he would get his Civil Rights complaint back.

71)    While plaintiff Tommie Crosby was housed in the SHU awaiting his tier III Superintendent's hearing, he encountered defendant Officer P. McNeil on numerous occasions because defendant Officer P. McNeil is the law labrary officer who has the duty to deliver legal materials to prisoners on a day-to-day regular basis in the Special Housing Unit.

72)    On numerous occasions as defendant Officer P. McNeil passed by the cell where plaintiff Tommie Crosby was housed in the Special Housing Unit plaintiff Tommie Crosby would call from nineteen(19) cell asking for defendant Officer P. McNeil to return the 1983 Complaint that he  stole from him. He reminded defendant Officer P. McNeil that he needed his legal documents because it was concerning important medical care and treatment complaints. When Defendant Officer P. McNeil entered into number two(2) tank holding area to speak with plaintiff. Plaintiff was asking Defendant Officer P. McNeil to return his 1983 Civil Complaint that defendant McNeil stolen from him. Defendant Officer McNeil told plaintiff Crosby "I don't give a fuck what you say. You are not getting your law suit back because you like filing grivances and lawsuits against our medical staff." He then walked away from the plaintiff's cell.

73)    A few days later on Fevruary 5, 2018, plaintiff Tommie Crosby filed an inmate grievance against defendant Officer P. McNeil for stealing his medical lawsuit. (See Exhibit (S) Plaintiff'sgrievance against defendant Officer P. McNeil for stealing his medical lawsuit).

74)    The following week, defendant Officer P. McNeil returned to plaintiff's cell in the Special Housing Unit and said to plaintiff Tommie Crosby "You fucking piece of shit. You file a fucking grievance against me for stealing your legal work. I hope you die from the Hepatitis C viruses you got." That is also when plaintiff Tommie Crosby then tried to explain to defendant Officer P. McNeil that his medical records are confidential. defendant Officer P. McNeil yelled out in front of other prisoners in the Special Housing Unit that plaintiff Tommie Crosby is infected with the Hepatitis C viruses.

75)    On that very same evening when defendant Officer P. McNeil made that statement concerning plaintiff Tommie Crosby being infected with the Hepatitis C viruses. Another prisoner heard what defendant Officer P. McNeil said concerning plaintiff's medical condition, but plaintiff Tommie Crosby does not wish to disclose his name yet for fear that the officers may intimidate that prisoner or may bring harm to him. So plaintiff Tommie Crosby will disclose his identity later when the time is more appropriate.

76)    Among plaintiff's 1983 Civil Rights Complaint that defendant P.L. McNeil stole from plaintiff Tommie Crosby in the evening of January 25, 2018. Plaintiff Tommie Crosby had New York City Health Hospitals medical records showing that defendant Dr. Kevin Petermann knew that plaintiff Tommie Crosby is infected with the Hepatitis A, B, and C viruses, because the blood tests ordered by Dr. Petermann on December 3, 2014, while plaintiff Tommie Crosby was detained at the Manhattan Detention Complex(MDC) came back from the laboratory on December 4, 2014., testing detainee Tommie Crosby's blood tests abnormal for the very deadly hepatitis A, B, and C viruses. (See Exhibit (U) where plaintiff Tommie Crosby wrote a letter on November 30, 2017., requesting copies of plaintiff's medical records while plaintiff Tommie Crosby was a detainee at the ManhattanDetention Complex.)

**LEGAL CLAIMS**

77)    Plaintiff Tommie Crosby realleges and incorporates by reference paragraphs 1-64.

78)    The defendants De. Kevin Petermann, Personal Assistance Christopher Larosa, Dr. Mario Malvarosa, Dr. Nancy Ryerson, Dr. McCarthy, Dr. Debra Greer, Dr. G. Ripich, Dr. Tim Nguyen, Dr. Kyoung Kim, and Associate Commissioner and Chief Medical Officer Dr. Carl J. Koenigsmann all exercised deliberate indifference to plaintiff's very serious medical needs by not telling plaintiff Tommie Crosby that his very deadly Hepatitis viruses are reactive. By failing to do so. The above-named defendants violated and continue to violate plaintiff's Eighth and fourteenth Amendment rights under the United States Constitution, and are still causing plaintiff Tommie Crosby pain, suffering, physical injury, and emotional distress by not offering plaintiff

medical care and medical treatment.

79)     Plaintiff Tommie Crosby also alleges that above-named defendants knew and know of plaintiff's very deadly Hepatitis viruses A, B, and C since December 3, 2014., up until the filing of plaintiff's 1983 Civil Rights complaint that plaintiff Tommie Crosby is still suffering from various symptoms associated with the very deadly Hepatitis viruses, including decreased appetite, abdominal pains, abdominal bloating, fevers, night sweats, nausea, indigestion, vomiting, diarrhea, headaches, and back pains. The above-named defendants also exercised deliberate indifference to plaintiff's health by failing to provide adequate medical care and medical treatment violates and continually to violate plaintiff's rights under the Eighth Amendment to the United States Constitution.

80)     Defendant Associate Commissioner and Chief Medical Officer Dr. Carl Koenigsmann has an unwritten policy of restricting, if not outright delaying or denying prisoner's medical care and medical treatment when such care and treatment is too expensive. Such unwritten policy constitutes deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment.

81)     The refusal of the above-named Prison Medical Providers to not tell plaintiff Tommie Crosby and authorize the appropriate medical care and treatment also constituted deliberate indifference to Plaintiff's very serious medical needs in violation of the Eighth Amendment and Fourteenth Amendment rights.

82)     Unbeknowst to palintiff Tommie Crosby, the above-named Prison Medical Providers have allowed plaintiff Tommie Crosby to suffer with this very deadly Hepatitis viruses for nearly four (4) years without telling plaintiff Tommie Crosby that he had the viruses and that the Hepatitis C virus was reactive. No medical treatment was offered, nor medical advice or even notice of the condition which violate plaintiff's Constitutional rights to serious medical needs under the Eighth Amendment and Fourteenth Amendment rights to the United States Constitution.

83)     Defendant Acting Superintendent Ms. Jaifa Collado exercised deliberate

indifference to Plaintiff's very serious medical needs by not granting plaintiff's grievance of August 29, 2017. Defendant Ms. Collado's actions cause further delay and denial of plaintiff's very serious medical needs to receive the appropriate medical care and medical treatment in violation of plaintiff's Eighth Amendment rights to be free from harmful risk to plaintiff's health.

84)     The failure of Defendant Acting Superintendent Ms. Collado to take the necessary steps to grant plaintiff's grievance to ensure that plaintiff Tommie Crosby received the needed treatment, despite Defendant Acting Superintendent Ms. Collado's knowledge of palintiff's serious medical needs, constituted deliberate indiference to plaintiff's very serious medical needs.

85)     Defendant Acting Superintendent Jaifa Collado is liable for violating and continues to violate plaintiff Tommie Crosbys' First, Eight, ad Fourteenth Amendment rights under the United States Constitutional law by denying plaintiff's grievances to petitioning the government to seek redress of the deprivations done by the above-named defendants.

86.     Further, defendant Acting Superintendent Jaifa Collados is also liable for continues to violate plaintiff's Tommie Crosby Eight Amendment rights under the United States Constitution law by not granting plaintiff's grievances, and causing a delay and denial in plaintiff Tommie Crosby to receive the proper medical care and medical treatment for plaintiff's very deadly Hepatitus C viruses.

87.     As a result of defendant Acting Superintendent Jaifa Collado refusal to granting plaintiff Tommie Crosby's grievances violated and continues to violate plaintiff's due process

88.     As a result of denendant Correction Officer P.L. McNeil stealing plaintiff's Tommie Crosby 1983 Civil Rights Complaint without cause to only stop or hider plaintiff Crosby to file plaintiff 1983 Civil Rights Complaint with the court violated plaintiff Fourteenth Amendment rights to due process.

89.     Also, the failure of defendant Corection Officer P.L. McNeil refusal to return plaintiff's 1983 Civil Rights Complaint back to plaintiff's Tommie Croby violates and constitutes deliberate indifference to plaintiff's very serious medical needs because defendant P.L. McNeil

knows that plaintiff needs follow-up medical care and treatment for plaintiff's very deadly Hepatitis C viruses in violation of plaintiff's Eighth and Fourteenth Amendment rights to the United States Constitution.

90)      Immediately after plaintiff filed a grievance against defendant Officer P.L. McNeil for stealing plaintiff's confidential medical records and 1983 Civil Rights Complaint. Defendant Officer P.L. McNeil repeatedly harassed and cause embarrassment to plaintiff in retaliation for the grievance. Defendant Officer P.L. McNeil came on the gallery in the Special Housing Unit and loudly berated plaintiff in front of other prisoners by making disclosures of plaintiff's confidential medical records and very deadly Hepatitis C viruses known to other prisoners causing great emotional pain and mental anguish to plaintiff.

91)      The plaintiff Tommie Crosby has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to irreparably be injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks.

92)      Defendant Correctional Officer P.L. McNeil is liable for violating and continues to violate plaintiff Tommie Crosby's First, Fifth, and Fourteenth Amendments rights under the United States Constitution. By stealing plaintiff Tommie Crosby's 1983 Civil Rights Complaint and confidential medical records. And by interfering with the deprivations done by the above-named defendants by taking away plaintiff Crosby's rights to have access to the courts and due process of the law.

93.)      Defendant Correction Officer Patrick L. McNeil is liable for violating and continues to violate plaintiff Tommie Crosby's Eighth, and Fourteenth Amendment rights under the United States Consitution. Defendant Correctional Officer Patrick L. McNeil exercised deliberate indifference to plaintiff Crosby's very serious medical needs by refusing to return plaintiff's 1983 Civil Rights Complaint and confidential medical records rights under the Fourteenth Amendment of the United States Constitution law prohibits a state from depriving "any person of life, liberty or property without due process of law.

94)    Defendant Correctional Officer Patrick K. McNeil owed plaintiff a duty of privacy under the patient Bill of Rights when he stole plaintiff's 1983 Civil Rights Complaint and confidential medical records. Officer McNeil breached that duty by failing to return plaintiff's 1983 documents and medical records back to plaintiff. But instead of doing so, Officer McNeil disclosed plaintiff's confidential medical records to other prisoners in violation of plaintiff's First, Fourth, Fifth, and Fourteenth Amendment rights.

RELIEF REQUESTED

WHEREFORE, Plaintiff Tommie Crosby requests that this Court grant the following relief;

A.    Declare that the defendants Dr. Kevin Petermann and personal Assistance Christopher Larosa violated plaintiff's Eighth Amendment rights by not telling Plaintiff that his blood test came back from the laboratories on December 3, 2014, testing abnormal for Hepatitis C. And the delay and denial of medical care and treatment. It should have been reasonable and foreseeable by both defendants Kevin Petermann and Personal Assistance Christopher Larosa that plaintiff is suffering from the Hepatitis viruses.

B.    Declare that Defendant Dr. Mario Malvarosa did violate plaintiff's rights by also not notifying plaintiff that his blood tests were positive for Hepatitis A, B, and C on August 10, 2015. Also in violation of plaintiff's Eighth and Fourteenth Amendment rights to receive follow-up treatment. And the reasonable and foreseeable risk to plaintiff's health by not providing the proper medical treatment.

C.    Declare that the defendants Dr. Nancy Ryerson, Dr. McCathy, Dr. Debra Greer, and Dr. G. Ripich did violate plaintiff's Eighth and Fourteenth Amendment rights by also not telling him that his bllod test of August 10, 2015 had tested positive for Hepatitis viruses A, B, and C. And the violation of palintiff's Eighth and Fourteenth Amendment rights to receive follow-up medical care and treatment and to be free from cruel and unusual pain and suffering.

D.    Declare that Defendant Prison Associate Commissioner and Chief Medical Provider Dr, Carl J. Koenigsmann violated Plaintiff Tommie Crosby Eighth and Fourteenth

Amendment rights by also not telling Plaintiff that Plaintiff tested positive for the very deadly Hepatitis viruses on August 10, 2015., and the delay and denial of the appropriate medical care and medical treatment to be free of the cruel and unusual pain and suffering.

      E.      Declare that Defendants Dr, Tim Nguyen and Dr. Young Kim violated and continual to violate Plaintiff Tommie Crosby Eighth and Fourteenth Amendment rights by also not telling Plaintiff that Plaintiff very deadly Hepatitis viruses A, B, and C, is reactive. Also, to declare deliberate indifference to the delay and denial to Plaintiff Tommis Crosby not receiving the appropriate medical care and medical treatment to be free of the cruel and unusual pain and suffering of Plaintiff's very serious medical needs.

      F. Declare that Defendant Correction Officer P.L. McNeil violated Plaintiff's Tommie Crosby First, Fourth, Fifth, and Fourteenth Amendments rights when defendant McNeil stolen Plaintiff's Crosby 1983 Civil Rights Complaint and confidential medical records to hinder or stop plaintiff Crosby from filing plaintiff 1983 Civil Rights Complaint with the court. Also, to declare that Defendant P.L. McNeil violated Plaintiff's Tommie Crosby Eighth Amendment rights to receive the much needed medical care and medical treatment for Plaintiff very deadly Hepatitis viruses when Defendant McNeil stolen Plaintiff Tommie Crosby 1983 Civil Rights Complaint and confidential medical records so that Plaintiff could not redress the deprivations done by the above named defendants. And to declare that Defendant P.L. McNeil violated Plaintiff's Tommie Crosby patient Bill of Rights by making disclosure of Plaintiff's private confidential medical records known th other prisoners causing great humiliation and embarrassment and emotional pain and mental anguish suffered to Plaintiff by Defendant Correction Officer P.L. McNeil.

      G.      A declaration that the acts and omissions described herein violated plaintiff's rights under the United States Constitution and laws of the United States.

      H.      A preliminary and permanent injunction ordering that all Defendant's Prison Medical Providers inneadiately tell all New York City and New York State Correctional Facility prisoner who has the very deadly Hepatitis C viruses to tell the prisoners they are infected with

the Hepatitis C viruses. And to order the appropriate medical treatment for plaintiff Tommie Crosby and all others similarly situated.

I.      Issue a preliminary and permanent injunction ordering Defendant Correction Officer P.L. McNeil to stop Defendant retaliation against Plaintiff for having filed grievances and a lawsuit to redress the wrongs done to Plaintiff.

J.      Compensatory damages in the amount of $350,000 against each defendant, jointly and severally.

K.      Punitive damages in the amount of $350,000 against each defendant.

L.      A jury trial on all issues triable by jury;

M.      Plaintiff's costs in this suit;

N.      Any additional relief this court deems just, proper, and equitable.


Dated: September 26, 2018
        Respecfully Submitted,
        Tommie Crosby DIN# 15A3242
        Green Haven Correctional Facility
        P.O. Box 4000
        Stormville, NY 12582-4000


## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at /stormville, New York

Respectfully Submitted,

Tommie Crosby

Tommie Crosby
BRC Assessment Center
146 Clay Street
Brooklyn, New York 11222

UNITED STATES DISTRICT COURT
SOUTHERN   DISTRICT OF NEW YORK

```
------------------------------------------------------X
TOMMIE CROSBY, DIN# 15A3242, and
ULYSSES BOYD, DIN# 87A5434, on behalf
of themself all others similarly
situated;
                          Petitioner,
```

                                                          **AFFIRMATION OF**
                                                          **SERVICE**


          -against-

```
KEVIN PETERMANN, M.D. et al
```



```
                          Respondent.
------------------------------------------------------X
       TOMMIE CROSBY DIN# 15A3242
```
       I, _____, declare under penalty of perjury that I have served a copy of

the following: `FORM USM-285 FOR THE U.S. DEPARTMENT OF JUSTICE  UNITED STATES`
`MARSHALS SERVICE,`
         `INMATE AUTHORIZATION,APPLICATION TO PROCEED WITHOUT PREPATMENT OF`
         `FEES; AFFIDAVIT AND AUTHORIZATION FORM, REQUEST TO PROCEED IN`
         `FORMA PAUPERIS FOR APPLICATION FOR THE COURT TO REQUEST COUNSEL,`
         `SUMMONS IN A CIVIL ACTION, CIVIL RIGHTS COMPLAINT.`
upon the below-named party:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE

PRO SE OFFICE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK  10007
```


I declare under penalty of perjury that the above statements are true and correct.

DATED: September 26, 2018
       Stormville, New York


                                        RESPECTFULLY SUBMITTED

                                        *Tommie Crosby*



**BRC Assessment Center**
**146 Clay Street**
**Brooklyn, NY 11222**
**Phone: (718) 383-1910**
**Fax: (718) 389-3367**

Date: 10/14/18

To Whom it May Concern,

The letter is to certify that Mr. Tommie Crosby (D.O.B. 8/19/1955) has been a resident of the BRC Assessment Center since 10/13/18 this letter was written with the permission of Mr. Tommie Crosby.

BRC's Assessment Center is a Department of Homeless Services shelter serving adult homeless men. Occupants of the Assessment Center receive on-site case management services.

The Mailing address is:

C/o BRC Assessment Center
146 Clay Street
Brooklyn, NY 11222

Should you require additional information, please call 718-389-3366 or 718-383-1910 Ext 7739.

Sincerely,

Francis Garzon, Assessment Specialist

# EXHIBIT A

**Plaintiff Tommie Crosby medical records when defendant Dr. Devin Petermann knew that Crosby's very deadly Hepatitis C viruses was abnormal, positive, and reactive.**

**Manhattan Detention Center**



# CROSBY, TOMMIE

NYSID : 03433110 Y   BookCase: 4411411029
Facility Code: VCBC Housing Area: RR
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: Vernon C. Bain Center

12/03/2014                                  Intake Physical: Kevin Petermann, MD

## Current Medications
None

## Surgical History
Denies Past Surgical History

## Family History
Non-Contributory

## Social History
Intake social history:
Drug use
  currently using drugs  No
  ever used drugs  No
  Ever accidentally overdosed  No
  Ever used a needle to inject drugs  No
Smoking
  are you a smoker  former
Alcohol
  do you drink  No
Violence
  ever hit or assaulted anyone  No
  ever been charged with sexual offense  No
  ever been assaulted  No
  ever been a victim of sexual abuse  No
Education
  grade level completed  high school
  learning disability  No
  were you in special education  No
Sexual history
  sexually active with  women
  current number of sexual partners  0
  do you and your partner use condoms  No

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Reason for Appointment
1. New admission male

## History of Present Illness

New Intake:
  Medical History
    Current medical provider  *hospital clinic*
    when last seen by medical provider  *1-6 months ago*
    Liver disease  No
    cancer  No
    hypertension  No
    heart disease  No
    disabilities  No
    chickenpox  no
    STD  No
    diabetes  No
    seizures  No
    kidney disease  No
  Asthma History
    asthma  No
  TB History
    Have you ever had active TB  no
    History of positive Tuberculin Skin Test  No
    TB symptoms  None
    Recent exposure to TB  no
    No history of TB or LTBI  *Asymptomatic*
  HIV History
    HIV/AIDS  no
    have you ever been tested for HIV  Yes
    date last tested  *06/2014*
    do you want to have HIV test today  no
    do you want to be scheduled for HIV test  no
    reason for declining test  *had recent test*
    result of last test  negative
  Mental Health History
    Mental health or Nervous problems  No
    Ever tried to hurt or kill yourself  no
    Trouble falling or staying asleep  No
    Changes in appetite or eating habits  No
    Little interest or pleasure in doing things  No

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Kevin Petermann, MD   12/03/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/11/2017

You feel hopeless or worthless *No*
family history of mental illness *No*
family history of suicide *No*

TEMPLATES:

New Admission MDC/ VCBC/ RNDC/ OBCC

Ebola Virus Disease (EVD) Screening:
Ebola Virus Disease (EVD) Screening
Travel to a country with widespread EVD transmission (Guinea, Sierra Leone, Liberia), or to an area with limited transmission (Kayes, Kouremale, and Bamako in Mali), in the last 21 days)? *No /*
Exposure to known or suspected Ebola patient in the last 21 days? *No /*

COMMUNITY MEDICATION FILL HISTORY:
Did you check Community Medication Fill Database?
Did you check Community Medication Fill Database? *Yes /*
Community Medication Fill History Results (Copy/ Paste from Database) / AZITHROMYCIN TAB, 5 500MG TABLETS - TK 1 T PO QD FOR 5 DAYS 00093716956 1/2/2014
BENZONATATE CAP, 15 100MG CAPSULES - TK ONE C PO TID PRN FOR COUGH .
What medication are you currently taking? (As reported by patient) / pt reports no meds .

330 Suicide Prevention Form:
330 Suicide Prevention Form
330 Suicide Prevention Form present? *Yes /*
330 Suicide Prevention Form reviewed by intake clinician? *Yes /*

HIV Testing and Counseling:
Pre Testing Counseling:
Patient watched HIV video *No*
Patient counseled on: *Nature of HIV/ AIDS, Modes of transmission, Voluntary testing, Benefits of knowing HIV status, Confidentiality, Mandated reporting of positives*
Testing Declination
Reason *Does not want to test in jail*

VISIT COMPLEXITY SCALE:
INTAKE ACUITY
Intake Acuity Scale *2: One chronic condition*

**Vital Signs**

| Ht | | |
|---|---|---|
| 6 ft 0 in | 12/03/2014 01:55:05 AM | Marvin Riviere |
| **Wt** | | |
| 195 | 12/03/2014 01:55:05 AM | Marvin Riviere |
| **BMI** | | |
| 26.44 | 12/03/2014 01:55:05 AM | Marvin Riviere |
| **BP** | | |
| | 12/03/2014 01:55:05 | |

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Kevin Petermann, M D   12/03/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| 151/89 | AM | Marvin Riviere |
|--------|-----|----------------|
| **Pulse** | | |
| 60 | 12/03/2014 01:55:05 AM | Marvin Riviere |
| **RR** | | |
| 16 | 12/03/2014 01:55:05 AM | Marvin Riviere |
| **Temp** | | |
| 96.8 | 12/03/2014 01:55:05 AM | Marvin Riviere |
| **SaO2** | | |
| 99 | 12/03/2014 01:55:05 AM | Marvin Riviere |

**Past Orders**
Urine Drug Screen (Order Date - 12/03/2014)
(Collection Date - 12/03/2014)
    Result: Normal/Negative/Non-Reactive
    Cocaine                    neg
    Meth                       neg
    Opiates                    neg
    Benzos                     neg
    Notes: Pridgen,Christopher 12/3/2014
1:44:40 AM > specimen collected

**Physical Examination**

General Appearance:
    General Appearance:  Normal.
    Hygiene:  unremarkable.
    Ill-appearance:  none.
    Mental Status:  alert and oriented.
    Mood/Affect:  euthymic.
    Speech:  unremarkable.
    Eye contact:  normal.
BACK:
    Spine:  normal spine curvature.
    General:  unremarkable.
    ROM:  FROM without pain.
HEENT:
    Head:  normocephalic, atraumatic.
    Fundi:  disc not visualized.
    Oral cavity:  no lesions seen.
    Nose:  no deviation.
    Eyes:  PERRLA, EOMI.
    Throat:  no exudate.
    Ears:  external ear unremarkable.
    General  Normal.
NECK:
    Thyroid:  no thyromegaly.
    General:  supple.

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Kevin Petermann, MD   12/03/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CHEST:
    Shape and expansion: normal.
DERMATOLOGY:
    Skin: warm, and moist, unremarkable.
BREASTS:
    General  symmetric, no abnormal skin changes.
LUNGS:
    Auscultation: CTA bilaterally.
HEART:
    Rhythm: regular.
    Murmurs: none.
    Heart sounds: normal S1S2.
    Rate: regular.
ABDOMEN:
    Auscultation: normal bowel sounds.
    Palpation soft, nontender, no guarding.
RECTUM/ANUS:
    Digital Rectal Exam Refused.
GU - MALE:
    Exam Not Done patient refused.
EXTREMITIES:
    General: no visible deformities, full range of motion.
MUSCULOSKELETAL:
    Joints Demonstration: apparent normal usage/ shape .
SKIN:
    General: unremarkable.
LYMPHATICS:
    Lymph Nodes No palpable adenopathy.
NEUROLOGICAL:
    Sensory: grossly intact.
    Motor: normal strength bilaterally.
    Reflexes: normal.
    Gait: normal.
    Cerebellar: WNL.
    Cognition: normal.
    Cranial Nerves: intact.
    General: alert and oriented x 3.
    Tone: no rigidity.
    Plantars: downgoing bilaterally.
    Speech: clear.
    Muscle Bulk: no atrophy.
    Involuntary Movements: no tremors seen .
MENTAL STATUS EXAM:
    Orientation oriented to person, place and time.
    General  Normal.
    Speech  coherent .
    Affect  appropriate to mood.
    Mood  euthymic.
    Psychomotor normal.
    Thought Process relevant.
    Delusions denied.
    Hallucinations denied.
    Suicidal ideation denied.

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Kevin Petermann, M D   12/03/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Homicidal ideation denied.

**Assessments**
1. ROUTINE MEDICAL EXAM - V70.0 (Primary)
2. Elevated blood pressure reading without diagnosis of hypertension - 796.2

**Treatment**
**1. ROUTINE MEDICAL EXAM**
    LAB: Rapid HIV Test
    LAB: RPR SEROLOGY
    LAB: QUANTIFERON-TB IN-TUBE NY
    LAB: Urine Drug Screen
    LAB: HEPATITIS C ANTIBODY, EIA

**Immunization**
Hepatitis B (20 and more) - Refused : 1.0 on refused
Influenza - Refused on refused

**Preventive Medicine**
Counseling:
    Smoking .
    Alcohol and drugs .

    Diet .
    Exercise .
    Sexual practices .

**Procedure Codes**
Hepatitis B (20 and more) - Refused
90746 HEP B VACCINE, ADULT, IM
Influenza - Refused

**Follow Up**
2 Weeks (Reason: elevated BP w/o HTN)

Disposition: General Population



Electronically signed by Kevin Petermann MD on 12/03/2014 at 05:43 AM EST

Sign off status: Completed

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Kevin Petermann, MD   12/03/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/11/2017

**Vernon C. Bain Center**
Barge 1 Halleck Street
Bronx, NY 10474
Tel: 718-579-8315
Fax:

Patient: CROSBY, TOMMIE    DOB: 08/19/1955    Progress Note: Kevin Petermann, MD    12/03/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

Facility:   VCBC

CROSBY TOMMIE
08/19/1955
03433110Y
4411411029

**ADULT PNEUMOCOCCAL POLYSACCHARIDE (PPV23) VACCINATION FORM (Over 65, HIV & DM only)**
Contraindications:

- Prior Pneumococcal Vaccine in past 10 years                                      ☐ YES        ☐ NO
- Prior adverse reaction (hives, difficulty breathing, shock)      ☐ YES        ☐ NO
- Fever, acute respiratory illness or other active infections      ☐ YES        ☐ NO

*If the answers to any of the above are yes, STOP! ROUTINE PNEUMOCOCCAL VACCINE IS NOT INDICATED. Refer to Medical Evaluator.*

IF VACCINE IS INDICATED, Administer Pneumococcal Vaccine, either 0.5 ml intramuscular. ORDERED BY DR. Ross Macdonald, MD

**ADULT HEPATITIS B VACCINATION FORM (Age 20+ years) (Everyone)**
**Contraindications:**

- Already completed three doses of Hepatitis B vaccine              ☑ YES        ☐ NO
- Prior adverse reaction to Hepatitis B Vaccine                            ☐ YES        ☐ NO
- Allergy to yeast  or vaccine component                                      ☐ YES        ☐ NO
- Fever, acute respiratory illness or other active infections      ☐ YES        ☐ NO

The person should be vaccinated if they have a minor illness such as diarrhea or upper respiratory tract illness with or without fever or are on current antimicrobial therapy.

*If the answer to any of the above are yes, STOP.  ROUTINE HEPATITIS B VACCINE IS NOT INDICATED.    Refer to Medical Evaluator.*

IF VACCINE IS INDICATED, Administer Hepatitis B Vaccine 1.0 ml IM for adults age 20+ years.  ORDERED DR. Ross Macdonald, MD
**SEASONAL INFLUENZA FORM – PATIENT SCREEN (Everyone)**

- Prior seasonal influenza vaccine this season                          ☐ YES        ☑ NO
- Prior adverse reaction to influenza vaccine                            ☐ YES        ☐ NO
- Allergy to eggs or latex                                                            ☐ YES        ☐ NO
- Fever, acute respiratory illness or other active infections      ☐ YES        ☐ NO
- Have you ever been paralyzed with a disease called              ☐ YES        ☐ NO
  Guillain-Barre Syndrome (GBS)?

*if the answer to any of the above is yes, STOP.  ROUTINE INFLUENZA VACCINE IS NOT INDICATED. Refer to Medical Evaluator*

The person should be vaccinated if they have a minor illness such as diarrhea or upper respiratory tract illness (including otitis media) with or without fever or are on current antimicrobial therapy.

F VACCINE IS INDICATED, Administer Influenza Vaccine 0.5 ml IM ORDERED BY DR. Ross Macdonald, MD.

I have received and read the *Vaccine Information Sheet* and I have had a chance to ask questions. I understand the benefits and risks of Vaccination and consent to receive vaccination. ☐ Pneumococcal 10/6/09 ☐ Hepatitis B 2/2/12 ☐ Seasonal influenza 8/19/14

PATIENT SIGNATURE:  _____

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Pneumococcal | Injection Site: Deltoid | ☐ Right ☐ Left | Date Given: | | Afix Label here | Given By: |
| ☐ Hepatitis B 1 2 3 | Injection Site: Deltoid | ☐ Right ☐ Left | Date Given: | | Afix Label here | Given By: |
| ☐ Seasonal Influenza | Injection Site: Deltoid | ☐ Right ☐ Left | Date Given: | | Afix Label here | Given By: |

PATIENT REFUSED VACCINE(S): Reason(s) for refusal: I have decided to decline the vaccine recommended. I know that failure to follow the recommendations about vaccination may endanger my health or the health of others that I may come in contact with. I know that I may re-address this issue with my care provider at any time and that I may change my mind and accept vaccination in the future. I acknowledge that I have read this document in its entirety and understand it.  ☐ Pneumococcal Refused ☑ Hepatitis B Refused ☑ Seasonal Influenza Refused

PATIENT SIGNATURE: _____                               Date: 12/3/14

WITNESS SIGNATURE: _____                            Date: _____

| Vernon C. Bain Center | Kevin Petermann, MD |
|---|---|
| Barge 1 Halleck Street  Bronx, NY 10474 | Physician |
| Tel: 347-774-7000   Fax: 347-774-8088 | |

| Patient: | CROSBY, TOMMIE | 06/20/2018 |
|---|---|---|
| DOB: | 08/19/1955, Sex: Male | |
| Address: | 646 RUTLAND RD, 4 FL, BKLYN, NY 11203 | |
| Phone: | | |

| Ordered Date: | 12/03/2014 |
|---|---|
| Assessments: | ROUTINE MEDICAL EXAM |
| Lab: | HEPATITIS C ANTIBODY, EIA |
| Fasting: | No |
| Specimen: | Collection Date: 12/06/2014   Time: 11:47 AM |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| HEP C Ab. (S/CO RATIO) | | < 0.90 H |
| HEPATITIS C ANTIBODY | | Negative A |
| Result: | Abnormal/Positive/Reactive | |
| Received Date: | 12/07/2014 | |
| Notes: | Powell,Maureen , PCA 12/4/2014 2:09:08 PM >  NOT PRODUCED BY DOC<br>Webber,Shanoi 12/6/2014 11:29:33 AM >  Specimen collected<br>Webber,Shanoi 12/6/2014 11:44:27 AM >  Specimen collected<br>Toussaint,Anook , PA 12/7/2014 11:16:46 PM >  CONFIRMATORY TEST ORDER WITH MED F/U AS SCHEDULED | |

## Patient Name: CROSBY, TOMMIE , DOB: 08/19/1955

| | |
|---|---|
| Vernon C. Bain Center | Kevin Petermann, MD |
| Barge 1 Halleck Street  Bronx, NY 10474 | Physician |
| Tel: 347-774-7000   Fax: 347-774-8088 | |

| | | |
|---|---|---|
| Patient: | CROSBY, TOMMIE | 06/20/2018 |
| DOB: | 08/19/1955, Sex: Male | |
| Address: | 646 RUTLAND RD, 4 FL, BKLYN, NY 11203 | |
| Phone: | | |

| | |
|---|---|
| Ordered Date: | 12/03/2014 |
| Assessments: | ROUTINE MEDICAL EXAM |
| Lab: | RPR SEROLOGY |
| Fasting: | No |
| Specimen: | Collection Date:12/03/2014   Time:3:19 AM |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Microscopic Observation | | |
| RPR SEROLOGY | R 1:4 DIL | Non-Reactive Titer A |
| Result: | Abnormal/Positive/Reactive | |
| Received Date: | 12/04/2014 | |
| Notes: | Pridgen,Christopher 12/3/2014 3:18:35 AM > specimen collected | |
| | Antione ,Achille , PA 12/5/2014 8:56:48 AM > +RPR WITH NEGATIVE CONFIRMATION TEST/ T. PALLIDUM, NO ACTION NECESSARY | |

## Patient Name: CROSBY, TOMMIE , DOB: 08/19/1955



FINAL REPORT

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| PETERMANN, KEVIN<br>C0042 - BRONX/VCBC<br>1 HALLECK ST,<br>BRONX, NY 10472<br>Acct #: (C0042)    RK<br>P: (718)579-1502 | CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 59 Y Sex: M<br>U/FL:       Bed:<br>Rm:<br>Inmate ID:    4411411029<br>Address: 646 RUTLAND RD, 4 FL,<br>         BKLYN, NY 11203<br>P: | Specimen ID: 104927397<br>Date Of Report: 12/04/2014 13:11<br>Date Collected: 12/03/2014 03:19<br>Date Received:  12/03/2014 20:59<br><br>*North America Eastern Time* |

## CLINICAL REPORT

### * MISCELLANEOUS *

| Test | Result | Abnormal | Reference | Units |
|---|---|---|---|---|
| RPR | | R 1:4 DIL * | Non-Reactive | Titer |

NOTICE: IF the result of the RPR is reported as reactive with a titer of up to
        1:8 please note that this level of reactivity can be caused by other,
        non-specific constituents and may not be related to syphilis.
        Confirmation of positive RPRs can only be made via performance of the
        T. pallidum confirmation test.

| | | | | |
|---|---|---|---|---|
| T. pallidum | Negative | | Negative | |

# EXHIBIT B

**Plaintiff Tommie Crosby medical records showing that Crosby was evaluated by Cynthia Hill for depression.**

**Manhattan Detention Center**

Summary View for CROSBY, TOMMIE                                    Page 1 of 3



# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: MDC Housing Area: 11WU
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

12/09/2014                           Appointment Provider: Cynthia Hill, LMSW

**Current Medications**
None

**Reason for Appointment**
1. MH Clinicians Progress Note

**History of Present Illness**
TEMPLATES:

MH CLINICIANS PROGRESS NOTE
SUBJECTIVE:
  Subjective
  = *Patient states, " My mother passed away in North Carolina".
Writer was asked to see said client because he reported " still
stressing" over the passing of his mother. This is pt's third MH
intervention since client was imformed of his lost.*

RE-REFERRAL REMINDER:
  Re-Referral Reminder

<u>RE-REFERRAL TO DISCHARGE PLANNING SHOULD
HAPPEN IF - Change in the client's status that will impact
their discharge plan: Homelessness, SMI status, hospital
return, sentencing, civil commitment, and/or desire to
accept an entitlement service or any discharge planning
service that was previously declined</u>

MENTAL HEALTH -- CURRENT AND HX:
  Mental Health -- Current and Hx
  Mental Health Hx? (If yes, describe in Notes field)  *No*
  Current suicidal ideation/plan?  *No*
  Remove client from BradH Cohort [has been treated less than 3
times]?  *No /*
  Does client need further treatment for mental illness?  *Yes /*

**Examination**
OBJECTIVE:
  Objective:
  = *. Writer was asked to speak with this client " because he loss
his mother and he is still stressing" per special housing area CO who
accompanied this client and two other clients to the clinic for medical
reasons. Pt was observed by this writer talking with members of his*

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Cynthia Hill, LMSW   12/09/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

*peers in the special holding area. Pt denied being under acute duress to this writer. He utilized the session to talk about events in his life that he shared with his mother who was 86 when she passed. pt denied thoughts of slef harm. Pt presented with euthymic mood and congruent affect. Pt's impulse control was good. Pt's tp presented logical and relevant. Pt agreed to re-access MH services in the future if the need arise. Gp. No further MH services indicated at this time.*

MENTAL STATUS:
  Appearance:
    = *Chronological Age*

  Mood:
    = *Euthymic (Normal Range)*

  Affect:
    = *Appropriate*

  Impulse control:
    = *Adequate*

  Thought process:
    = *Spontaneous*

  Perceptual disturbance:
    = *No Perceptual Distortions*

  Suicidal:
    = *No Suicidal Thoughts*

  Homicidal:
    = *No Homicidal Thoughts*

  Insight:
    = *Aware Accepts Treatment*

  Judgment:
    = *Adequate*

RISK ASSESSMENT:
  Risk Assessment
    Does patient have suicidal/homicidal thoughts: *No*
    Does patient have suicidal/homicidal intent: *No*
    Does patient have a suicidal/homicidal plan: *No*
    Is the patient imminently suicidal (consider hospitalization): *No*
    Is the patient potentially suicidal? (Consider Mental Observation Housing) *No*
      Some risk factors for suicide: *Other pt denied risk factors*
      Protective Factors: *Capacity for reality testing, Hope for future, Engagement with treatment*

Assessments
1. SMI - NO - RI50
2. Axis I: Adjustment disorder with depressed mood - 309.0

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Cynthia Hill, LMSW   12/09/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/11/2017

3. Bereavement, uncomplicated - V62.82
4. Axis II: Antisocial personality disorder - 301.7
5. Axis III: Hypertension - 997.91

Axis IV: Legal/criminal system problems

Axis V: GAF 71-80 If symptoms are present, they are transient and expectable reactions to psychosocial stressors. No more than slight impairment in social, occupational, or school functioning.


Disposition: GP with no follow up


Appointment Provider: Cynthia Hill, LMSW


Electronically signed by Cynthia Hill on 12/09/2014 at 03:01 PM EST
Sign off status: Completed

---

Manhattan Detention Center
125 White Street
New York, NY 10013
Tel:
Fax:

---

Patient: CROSBY, TOMMIE    DOB: 08/19/1955    Progress Note: Cynthia Hill, LMSW    12/09/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# EXHIBIT C

**Plaintiff Tommie Crosby medical records done by defendant Christopher Larosa, PA. Still, defendant Christopher Larosa did not tell plaintiff Tommie Crosby that plaintiff's very deadly Hepatitis C viruses is abnormal, positive, and reactive.**

## North Infirmary Command

Summary View for CROSBY, TOMMIE                                    Page 1 of 2



# CROSBY, TOMMIE

59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY 11203
Provider: Larosa, Christopher, PA

**Telephone Encounter**

**Answered by** Ä eclinicalworks, support (PROD)

Date: 05/12/2015
Time: 01:33 AM

**ReasonÀ**      Chart Review - Facility Transfer

## Reason for Appointment
1. Chart Review - Facility Transfer

## History of Present Illness
VISIT COMPLEXITY SCALE:
  NON-INTAKE ACUITY
    Non-Intake Acuity Scale *1: Uncomplicated sick call (med renewal, referral request, single Chief Complaint) OR refusal visit*
TEMPLATES:

  Transfer Chart Review .
Patient Chart Reviews:
  Transfer Chart Review
    Intake History and Physical Completed (If NOT, Schedule an INTAKE appointment)? *Yes/*
    DID the Patient Refuse Intake? *No/*
    IS or SHOULD patient be in MEDICAL ISOLATION (Requires Daily Rounds)? *No/*

    Pending or Missed Labs or DI's? *Yes/*
    All necessary Labs and DI's have been ordered? *Yes/*
    QFT result present and appropriately addressed: *Yes/*
    Reschedule MISSED Follow-up visits at new facility: *N/A/*
    Patient has DOT Medications and/or Insulin orders (If So Please Reorder)? *No/*
    Is the patient being transfered from NIC/CDU (If YES, review discharge note and reorder medication)? *No/*
    Does the Patient require Heat Sensitive Housing (If yes, print Heat Sensitivity Form)? *No/*
    Special Dietary Requirements? (If yes, re-order dietary prescription and/or consult) *No/*
    Reorder Dietary Prescription and/or consult (FOR FOOD ALLERGY/ SPECIAL DIET/ FOOD SUPPLEMENT) : *N/A/*
    History of Present Illness (narrative assessment -- free text in Notes field)  */HTN, MH, ventral hernia*
    Consults reviewed? *Yes/*
    Description of pertinent lab/ DI abnormalities (free text in Notes field)  */refused HIV, abn RPR, chem20, abn HCV antibody EIA but normal HCV RNA qualitative bDNA*

    Is the patient on Suicide Watch? *No/*
    IF on Suicide Watch, Refer to Mental Health: *N/A/*
    IF on Sucide Watch, Is there a TN form? *N/A/*

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Provider: Larosa, Christopher, PA   05/12/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE                                        Page 2 of 2

**Current Medications**
Norvasc 2.5 MG Tablet 1 tab Daily, stop date 06/21/2015
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 07/21/2015

---

Patient: CROSBY, TOMMIE    DOB: 08/19/1955    Provider: Larosa, Christopher, PA    05/12/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE                                                        Page 1 of 2



Insurance: Self Pay

# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC  Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Appointment Facility: North Infirmary Command

---

05/18/2015                                Appointment Provider: Christopher Larosa, PA

**Current Medications**
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
06/21/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 07/21/2015

**Reason for Appointment**
1. Requesting letter

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
        Non-Intake Acuity Scale *1: Uncomplicated sick call (med
renewal, referral request, single Chief Complaint) OR refusal visit*

**Assessments**
1. Pain in limb - 729.5

**Treatment**
**1. Others**
Referral To:Internal (REF) DOC
        Reason:Please cuff pt at waist with mittens due to medical
reasons.

Disposition: General Population

**Appointment Provider: Christopher Larosa, PA**

℞

Electronically signed by Christopher Larosa PA on
05/18/2015 at 02:02 PM EDT

Sign off status: Completed

---

Patient: CROSBY, TOMMIE  DOB: 08/19/1955  Progress Note: Christopher Larosa, PA  05/18/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**North Infirmary Command**
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   05/18/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC  Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

06/01/2015                          Appointment Provider: Christopher Larosa, PA

**Current Medications**
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
06/21/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 07/21/2015

**Reason for Appointment**
1. Requesting letter

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale  *1: Uncomplicated sick call (med
renewal, referral request, single Chief Complaint) OR refusal visit*

**Assessments**
1. Pain in limb - 729.5

**Treatment**
**1. Pain in limb**
Referral To:Internal (REF) DOC
        Reason:Please cuff pt at waist with mittens x 30 days for
medical reasons

Disposition: General Population

**Appointment Provider: Christopher Larosa, PA**

Electronically signed by Christopher Larosa PA on
06/01/2015 at 02:24 PM EDT

**Sign off status: Completed**

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   06/01/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   06/01/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE



# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC  Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

06/09/2015

Appointment Provider: Christopher Larosa, PA

## Current Medications
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
06/21/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 07/21/2015

## Allergies
N.K.D.A.

## Reason for Appointment
1. C/o back pain

## History of Present Illness
VISIT COMPLEXITY SCALE:
   NON-INTAKE ACUITY
     Non-Intake Acuity Scale *1: Uncomplicated sick call (med renewal, referral request, single Chief Complaint) OR refusal visit*

## Assessments
1. Low back pain - 724.2

## Treatment
**1. Low back pain**
Start Naproxen Tablet, 250 MG, 2 tabs, Orally, Every 12 Hours, 4 days, Pharmacy

Disposition: General Population

## Appointment Provider: Christopher Larosa, PA

Electronically signed by Christopher Larosa PA on
06/09/2015 at 01:39 PM EDT

Sign off status: Completed

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   06/09/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**North Infirmary Command**
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   06/09/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE

Page 1 of 2



# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

06/26/2015

Appointment Provider: Christopher Larosa, PA

**Current Medications**
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 07/21/2015
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
09/15/2015

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. C/o back pain

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale  *1: Uncomplicated sick call (med
renewal, referral request, single Chief Complaint) OR refusal visit*

**Assessments**
1. Low back pain - 724.2

**Treatment**
**1. Low back pain**
Start Naproxen Tablet, 250 MG, 2 tabs, Orally, Twice a Day, 4 days,
Pharmacy

**2. Others**
Referral To: Internal (REF) DOC
        Reason: Please cuff pt at waist with mittens x 30 days for
medical reasons

Disposition: General Population

**Appointment Provider: Christopher Larosa, PA**

℞

Electronically signed by Christopher Larosa PA on
06/26/2015 at 12:17 PM EDT

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   06/26/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

Summary View for CROSBY, TOMMIE

Sign off status: Completed

North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   06/26/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE                                        Page 1 of 2



## CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC  Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

07/02/2015                          Appointment Provider: Christopher Larosa, PA

**Current Medications**
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 07/21/2015
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
09/15/2015

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. C/o skin irritation

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale  *1: Uncomplicated sick call (med
renewal, referral request, single Chief Complaint) OR refusal visit*

**Assessments**
1. Xerosis cutis - 706.8

**Treatment**
**1. Xerosis cutis**
Start DermaVantage Lotion, 1, 1/2 inch thread, Externally, Twice a Day,
14 days, Pharmacy

Disposition: General Population

**Appointment Provider: Christopher Larosa, PA**

℞

Electronically signed by Christopher Larosa PA on
07/02/2015 at 01:42 PM EDT

Sign off status: Completed

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/02/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE

North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/02/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE

Page 1 of 3



## CROSBY, TOMMIE

NYSID: 03433110Y BookCase: 4411411029
Facility Code: NIC Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

07/08/2015

Appointment Provider: Christopher Larosa, PA

### Current Medications
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 07/21/2015
Norvasc 2.5 MG Tablet 1 tab Daily, stop date 09/15/2015
DermaVantage 1 Lotion 1/2 inch thread Twice a Day, stop date 07/16/2015

### Reason for Appointment
1. HTN

### History of Present Illness
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*
TEMPLATES:

    Hypertension (Chronic Care)  .
Hypertension Current Medication Regimen:
    Hypertension Current Medication Regimen
    Current Medication Regimen (Type in Notes field)  *norvasc, ASA*
    What is the patient's self-reported level of adherence? *Always take (>90%)*
    What is the pharmacy/nursing documented adherence? *Always take (>90%)*
Hypertension (Chronic Care):
    Hypertension (Chronic Care)
    What are the patient's last 3 blood pressure values prior to this visit? (Type in Notes field): */130/80, 145/83, 130/80*
    10-year CHD risk= ___ % (Note: To get 10 year CHD risk percentage, search "Framingham 10 year risk calculator" in UpToDate) */16.17*
    Is low-dose Aspirin indicated based on 10-year CVD risk? (Note: Search UpToDate article "Aspirin in the primary prevention of cardiovascular disease and cancer" Table 2, for USPSTF CVD recommendations) */Pt already taking ASA 81mg*
    Smoker? *No/*
    Discussed lifestyle modifications (salt intake, exercise, etc)? *Yes/*
    Dosing change indicated? *No/*
    Addition of a new agent indicated? *No/*
Chronic Kidney Disease:
    Chronic Kidney Disease
    Does patient have Chronic Kidney Disease? *No*

### Vital Signs

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/08/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

| Wt | | |
|---|---|---|
| 246 | 07/08/2015 10:49:52 AM | Christopher Larosa |
| **BP** | | |
| 140/95 | 07/08/2015 10:49:52 AM | Christopher Larosa |
| **Pulse** | | |
| 65 | 07/08/2015 10:49:52 AM | Christopher Larosa |
| **RR** | | |
| 16 | 07/08/2015 10:49:52 AM | Christopher Larosa |
| **Temp** | | |
| 97.3 | 07/08/2015 10:49:52 AM | Christopher Larosa |
| **SaO2** | | |
| 98%(RA) | 07/08/2015 10:49:52 AM | Christopher Larosa |

## Examination
General Examination:
     GENERAL APPEARANCE: no acute distress, well-appearing, well-nourished, well-developed.
     NECK: supple, no lymphadenopathy, no JVD.
     HEART: RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal.
     LUNGS: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
     ABDOMEN: soft, BS present, not tender, firm mass noted upper epigastric area, non tender on palpation.
     EXTREMITIES: no edema.

## Assessments
1. Ventral hernia NOS - 553.20
2. Hypertension - 997.91

Pt states he hasn't taken his HTN meds as of yet today.

## Treatment
**1. Ventral hernia NOS**
Referral To:Ultrasound (REF) WF    Sonogram
               Reason:Requesting abd sonongram

**2. Hypertension**
Pt advised to take HTN medication daily at the same time. Pt also advised to diet, lose weight,exercise, continue meds, and to avoid salt.

Disposition: General Population

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/08/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Appointment Provider: Christopher Larosa, PA



Electronically signed by Christopher Larosa PA on
07/08/2015 at 11:05 AM EDT

Sign off status: Completed

North Infirmary Command
1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/08/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE



# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC  Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

07/14/2015

Appointment Provider: Christopher Larosa, PA

### Current Medications
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 07/21/2015
Norvasc 2.5 MG Tablet 1 tab Daily, stop date 09/15/2015
DermaVantage 1 Lotion 1/2 inch thread Twice a Day, stop date 07/16/2015

### Reason for Appointment
1. Refusal

### History of Present Illness
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale  *1: Uncomplicated sick call (med renewal, referral request, single Chief Complaint) OR refusal visit*

### Assessments
Pt was to go to sonogram but refused to go because his letter for cuffing was not up to date and didn't want to be rear cuffed. Pt refused to sign refusal and would like to be resch.

Disposition: General Population

### Appointment Provider: Christopher Larosa, PA

Electronically signed by Christopher Larosa PA on 07/15/2015 at 01:43 PM EDT

Sign off status: Completed

North Infirmary Command

Patient: CROSBY, TOMMIE  DOB: 08/19/1955  Progress Note: Christopher Larosa, PA  07/14/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

1500 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

---

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/14/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CROSBY, TOMMIE

59 Y old Male, DOB: 08/19/1955

646 RUTLAND RD, 4 FL, BKLYN, NY 11203

Provider: Larosa, Christopher, PA

**Telephone Encounter**

Answered byÀ  Larosa, Christopher

Date: 07/21/2015

Time: 10:11 AM

ReasonÀ        Medication Renewal

**Reason for Appointment**
1. Medication Renewal

**Current Medications**
Norvasc 2.5 MG Tablet 1 tab Daily, stop date 09/15/2015
Aspirin EC 81 MG Tablet Delayed Release 1 tab Once a day, stop date 10/18/2015

**Assessments**
opened in error.

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Provider: Larosa, Christopher, PA   07/21/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for CROSBY, TOMMIE

Page 1 of 2



# CROSBY, TOMMIE

NYSID: 03433110Y  BookCase: 4411411029
Facility Code: NIC  Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

07/28/2015

Appointment Provider: Christopher Larosa, PA

**Current Medications**
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
09/15/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 10/18/2015

**Reason for Appointment**
1. Refusal.

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
        Non-Intake Acuity Scale *1: Uncomplicated sick call (med
renewal, referral request, single Chief Complaint) OR refusal visit*

**Assessments**
Pt was to go to WF for sonogram but didn't go. Pt states he wasn't taken
by DOC. Pt refused to sign refusal.

Disposition: General Population

**Appointment Provider: Christopher Larosa, PA**

Electronically signed by Christopher Larosa PA on
07/29/2015 at 12:51 PM EDT

Sign off status: Completed

North Infirmary Command
1500 Hazen Street

Patient: CROSBY, TOMMIE  DOB: 08/19/1955  Progress Note: Christopher Larosa, PA  07/28/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

East Elmhurst, NY 11370
Tel: 718-546-1150
Fax:

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   07/28/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# CROSBY, TOMMIE

NYSID: 03433110Y BookCase: 4411411029
Facility Code: NIC Housing Area: 3A
59 Y old Male, DOB: 08/19/1955
646 RUTLAND RD, 4 FL, BKLYN, NY-11203

Insurance: Self Pay

Appointment Facility: North Infirmary Command

08/03/2015                      Appointment Provider: Christopher Larosa, PA

**Current Medications**
Norvasc 2.5 MG Tablet 1 tab Daily, stop date
09/15/2015
Aspirin EC 81 MG Tablet Delayed Release 1
tab Once a day, stop date 10/18/2015

**Reason for Appointment**
1. Requesting sono

**History of Present Illness**
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
        Non-Intake Acuity Scale  *1: Uncomplicated sick call (med renewal, referral request, single Chief Complaint) OR refusal visit*

**Assessments**
1. Ventral hernia NOS - 553.20

**Treatment**
**1. Ventral hernia NOS**
Referral To:Ultrasound (REF) WF    Sonogram
        Reason:Requesting abd sonogram

Disposition: General Population

**Appointment Provider: Christopher Larosa, PA**

Electronically signed by Christopher Larosa PA on
08/03/2015 at 12:55 PM EDT

Sign off status: Completed

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   08/03/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encoun...   6/20/2018

**North Infirmary Command**
**1500 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 718-546-1150**
**Fax:**

Patient: CROSBY, TOMMIE   DOB: 08/19/1955   Progress Note: Christopher Larosa, PA   08/03/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# EXHIBIT D

**Plaintiff Tommie Crosby's medical records showing that defendant Dr. Mario Malvarosa knew that plaintiff Tommie Crosby tested positive for the very deadly Hapatitis C viruses and did not tell plaintiff.**

**Downstate Correctional Facility**

**BioReference LABORATORIES**

FINAL REPORT

| D O C T O R | MALVAROSA, MARIO<br>M4945 - DOWNSTATE CORRECT.FAC.<br>RED SCHOOLHOUSE ROAD,<br>FISHKILL, NY 12524<br>Acct #: (M4945  )          S8<br>P: (845)831-6600 | P A T I E N T | CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 59 Y  Sex: M<br>U/FL:          Bed:<br>Rm:<br>Inmate ID:        15A3242<br>Address:,<br>          , NY<br>P: | S A M P L E | Specimen ID: 109331712<br>Date Of Report: 08/10/2015 14:07<br>Date Collected: 08/07/2015 06:39<br>Date Received: 08/07/2015 17:16<br><br>North America Eastern Time |

Notes: PATIENT FASTING

## CLINICAL REPORT

### Clinical Abnormalities Summary:  (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | | |
|---|---|---|---|---|
| BUN/Creat Ratio | 8.5 LO | LD | 289 HI | AST | 44 HI |
| Protein, Urine | 1+,30 mg/dL *Leukocyte Esterase | SMALL * | WBC, Urine | 5-10 HI |
| HEP. A Ab., TOTAL | Positive *  HEP. B CORE Ab. | Positive * | HEP. B SURF. AB. | Positive * |
| RPR | R 1:16 DIL *  HEP. C Ab. | Positive * | HEP C Ab. (S/CO RATIO) | 30.80 HI |

### ------- * CHEMISTRY * --------

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Total Protein | 6.7 | | 5.9-8.4 | g/dL | | |
| Albumin | 4.3 | | 3.5-5.2 | g/dL | | |
| Globulin | 2.4 | | 1.7-3.7 | g/dL | | |
| A/G Ratio | 1.8 | | 1.1-2.9 | | | |
| Glucose | 87 | | 70-99 | mg/dL | | |
| Sodium | 144 | | 133-145 | mmol/L | | |
| Potassium | 4.5 | | 3.3-5.3 | mmol/L | | |
| Chloride | 106 | | 96-108 | mmol/L | | |
| BUN | 10 | | 6-20 | mg/dL | | |
| Creatinine | 1.17 | | 0.90-1.30 | mg/dL | | |
| e-GFR | 64 | | >60 | mL/min | | |
| e-GFR, African American | 77 | | >60 | mL/min | | |
| BUN/Creat Ratio | | 8.5 LO | 10.0-28.0 | | | |
| Calcium | 9.4 | | 8.6-10.4 | mg/dL | | |
| Uric Acid | 4.9 | | 3.4-8.5 | mg/dL | | |
| Iron | 110 | | 45-160 | ug/dL | | |
| Bilirubin, Total | 0.8 | | <1.2 | mg/dL | | |
| BILIRUBIN, DIRECT | 0.2 | | <0.4 | mg/dL | | |
| BILIRUBIN, INDIRECT | 0.6 | | 0.1-1.0 | mg/dL | | |
| LD | | 289 HI | 135-225 | U/L | | |
| Alk Phos | 97 | | 40-156 | U/L | | |
| AST | | 44 HI | <40 | U/L | | |
| PHOSPHORUS | 2.9 | | 2.7-4.5 | mg/dL | | |
| ALT | 26 | | <41 | U/L | | |
| GGTP | 14 | | 10-71 | U/L | | |

### -* CARDIOVASCULAR/LIPIDS *--

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Cholesterol | 150 | | <200 | mg/dL | | |
| Triglycerides | 95 | | <150 | mg/dL | | |
| HDL CHOL., DIRECT | 44 | | >40 | mg/dL | | |

James Weisberger M.D.      Page 1 of 4
Laboratory Director      Printed 08/11/2015 06:06

# BioReference
## LABORATORIES

**FINAL REPORT**

| | | |
|---|---|---|
| **D O C T O R** | MALVAROSA, MARIO<br><br>M4945 - DOWNSTATE CORRECT.FAC.<br><br>RED SCHOOLHOUSE ROAD,<br>FISHKILL, NY 12524<br>Acct #: (M4945  )              S8<br>P: (845)831-6600 | |
| **P A T I E N T** | CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 59 Y Sex: M<br>U/FL:          Bed:<br>Rm:<br>Inmate ID:      15A3242<br>Address:,<br>             , NY<br><br>P: | |
| **S A M P L E** | Specimen ID: 109331712<br>Date Of Report: 08/10/2015 14:07<br>Date Collected: 08/07/2015 06:39<br>Date Received: 08/07/2015 17:16<br><br>*North America Eastern Time* | |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| HDL as % of Cholesterol | 29 | | >14 | % | | |
| Evaluation: BELOW AVERAGE RISK | | | | | | |
| Chol/HDL Ratio | 3.4 | | <7.4 | | | |
| Evaluation: BELOW AVERAGE RISK | | | | | | |
| LDL/HDL Ratio | 1.98 | | <3.56 | | | |
| LDL Cholesterol | 87 | | <100 | mg/dL | | |
| VLDL, CALCULATED | 19 | | 7-32 | mg/dL | | |
| **------* HEMATOLOGY *--------** | | | | | | |
| WBC | 5.64 | | 3.40-11.80 | x10(3)/uL | | |
| RBC | 4.89 | | 4.20-5.90 | x10(6)/uL | | |
| HGB | 14.3 | | 12.3-17.0 | gm/dL | | |
| HCT | 42.3 | | 39.3-52.5 | % | | |
| MCV | 86.5 | | 80.0-100.0 | fL | | |
| MCH | 29.2 | | 25.0-34.1 | pg | | |
| MCHC | 33.8 | | 29.0-35.0 | gm/dL | | |
| RDW | 14.8 | | 10.9-16.9 | % | | |
| POLYS | 58.7 | | 36.0-78.0 | % | | |
| LYMPHS | 31.9 | | 12.0-48.0 | % | | |
| MONOS | 6.2 | | 0.0-13.0 | % | | |
| EOS | 2.8 | | 0.0-8.0 | % | | |
| BASOS | 0.2 | | 0.0-2.0 | % | | |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.6 | % | | |
| Platelet Count | 169 | | 144-400 | x10(3)/uL | | |
| MPV | 11.3 | | 8.2-11.9 | fL | | |
| **------* URINALYSIS *--------** | | | | | | |
| Color | YELLOW | | YELLOW, STRAW, AMBER | | | |
| Character | CLEAR | | CLEAR | | | |
| Specific Gravity URN | 1.018 | | 1.003 - 1.030 | | | |
| pH Urine | 5.0 | | 5.0 - 8.0 | | | |
| Protein, Urine | | 1+,30 mg/dL * | NEGATIVE | | | |
| Glucose, Urine | NEGATIVE | | NEGATIVE | | | |
| Ketone, Urine | NEGATIVE | | NEGATIVE | | | |
| Urobilinogen Urine | 1.0 | | 0.2 - 1.0 | Units | | |
| Bilirubin, Urine | NEGATIVE | | NEGATIVE | | | |
| Blood, Urine | NEGATIVE | | NEGATIVE | | | |
| Nitrites Urine | NEGATIVE | | NEGATIVE | | | |
| Leukocyte Esterase | | SMALL * | NEGATIVE | | | |

# BioReference
## LABORATORIES

**FINAL REPORT**

| D O C T O R | MALVAROSA, MARIO<br><br>M4945 - DOWNSTATE CORRECT.FAC.<br><br>RED SCHOOLHOUSE ROAD,<br><br>FISHKILL, NY 12524<br>Acct #: (M4945  )              S8<br>P: (845)831-6600 | P A T I E N T | CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 59 Y  Sex: M<br>U/FL:           Bed:<br>Rm:<br>Inmate ID:     15A3242<br>Address:,<br>         , NY<br><br>P: | S A M P L E | Specimen ID: 109331712<br>Date Of Report: 08/10/2015 14:07<br>Date Collected: 08/07/2015 06:39<br>Date Received: 08/07/2015 17:16<br><br><br>*North America Eastern Time* |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|------|--------|----------|-----------|-------|-----------------|------|
| Crystals Urine | NONE | | NONE | | | |
| Crystal Amt. Urine | NONE | | NONE | | | |
| WBC, Urine | | 5-10 HI | 0-4 | PER HPF | | |
| RBC, Urine | NONE SEEN | | NONE SEEN | PER HPF | | |
| Epithelial Cells, Ur | FEW | | FEW | | | |
| Cast, Hyaline, Urine | 0-4 | | 0-4 | PER LPF | | |
| Cast, Granular, Urin | NONE SEEN | | 0-1 | PER LPF | | |
| Cast, RBC, Urine | NONE SEEN | | 0-1 | PER LPF | | |
| Bacteria, Urine | NONE | | FEW | | | |
| -----* MISCELLANEOUS *------ | | | | | | |
| PSA Total | 2.48 | | <4.00 | ng/mL | | |

NOTE: The PSA assay should not be the only test used for diagnostic purposes.
      Additional evaluation using DRE, ultrasound, TUR or similar procedures may
      be used for this purpose. Predictions of disease recurrence should not be
      based solely upon values obtained from serial PSA values obtained on the
      patient.
NOTE: Values obtained with different assay methods or kits cannot be
      used interchangeably.
NOTE: Results cannot be interpreted as absolute evidence of the presence or
      absence of malignant disease.
ASSAY INFORMATION: Method Electrochemiluminescence Immunoassay (Roche Diagnostics).

| HEP. A Ab., IgM | Negative | | Negative | | | |
|------|--------|----------|-----------|-------|-----------------|------|

NOTE: Hep A Ab,IgM is positive or reactive during the acute phase.
      Hep A Ab/Total is positive or reactive during the recovery phase
      or is indicative of a past infection.

| HEP. A Ab., TOTAL | | Positive * | Negative | | | |
|------|--------|----------|-----------|-------|-----------------|------|
| HEP. B CORE Ab. | | Positive * | Negative | | | |
| HEP. B SURF. AB. | | Positive * | Negative | | | |

NOTE: A positive HBsAb result indicates exposure to Hepatitis B virus
      due to an active infection or vaccination. Hepatitis B antibodies which
      are 12.0 mIU/mL or greater are considered adequate for immunity to
      infection (use test # 1606, HBsAb Quant).

| HEP. B SURF. AG | Negative | | Negative | | | |
|------|--------|----------|-----------|-------|-----------------|------|
| RPR | | R 1:16 DIL<br>* | Non-Reactive | Titer | | |
| T. pallidum | | Negative | Negative | | | |
| HEP. C Ab. | | Positive * | Negative | | | |

NOTE: Results for Hepatitis C Virus Antibody, when reported as positive
      indicate the presence of significant antibody levels as
      defined as a signal to cutoff ratio [s/co] of greater than or equal

FINAL REPORT

# BioReference
## LABORATORIES

| DOCTOR | PATIENT | SAMPLE |
|---|---|---|
| MALVAROSA, MARIO<br><br>M4945 - DOWNSTATE CORRECT.FAC.<br><br>RED SCHOOLHOUSE ROAD,<br><br>FISHKILL, NY 12524<br>Acct #: (M4945  )          S8<br>P: (845)831-6600 | CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 59 Y Sex: M<br>U/FL:          Bed:<br>Rm:<br>Inmate ID:      15A3242<br>Address:,<br>        , NY<br><br>P: | Specimen ID: 109331712<br>Date Of Report: 08/10/2015 14:07<br>Date Collected: 08/07/2015 06:39<br>Date Received: 08/07/2015 17:16<br><br><br>North America Eastern Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| to 8.00. Sera with a high s/co ratio will confirm positive in >95% of cases. However, <5% of results reported as positive may be false-positives. Additional testing is available for patients whose anti-HCV result is inconsistent with clinical findings. | | | | | | |
| HEP C Ab. (S/CO RATIO) | 30.80 HI | | <1.00 | | | |

```
                Hepatitis B Result Interpretation
                     (for reference use only)
   Marker          LI/EA*   Acute   Past   Chronic   HBV
Vacc.
   ***********************************************************
HBsAg               +        +       -       +         -
HBeAg               +        +       -      +/-        -
HEP.B.CORE AB,IgM   -        +       -       -         -
HEP.B.CORE AB.      -        +       +       +         -
HBeAb               -        -      +/-     +/-        -
HBsAb               -        -      +/-      -         +
*Late Incubation/Early Acute
NOTE: In remote past infection, HBsAb level may be Negative or
Non-Reactive in some patients.
```

| HEP. C RNA, (IU) | <15 ND | | <15 | IU/mL | | |

```
HEP C ULTRAQUANT,RNA TEST CODES 8784/8793 INTERPRETATION
        HEP C (IU/mL)        Interpretation
        <15 ND               Not Detected
        <15 D                Detected
        15 - >50,000,000     Detected
The COBAS AmpliPrep/COBAS TaqMan HCV Test is not intended for use as
the sole diagnostic test to confirm the presence of HCV infection.
NOTE: Results for Roche COBAS AmpliPrep/TaqMan HEP C Ultrasensitive
      assay reports with a range of <15-50 million IU/mL.
```

| HEP. C RNA, (LOG-10) | <1.18 | | <1.18 | log-10 | | |

# EXHIBIT E

**Plaintiff Tommie Crosby's medical records and grievances for the very painful abdominal lump and tuberculosis test. Still, the defendants Dr. Nancy Ryerson, Dr. McCarthy, Dr. D. Greer, and Dr. G. Ripich had not told plaintiff Tommie Crosby that plaintiff had tested positive for the very deadly Hepatitis C viruses**

**Auburn Correction Facility**

STATE OF NEW YORK – DEPARTMENT OF CORRECTIONAL SERVICE

## INMATE GRIEVANCE COMPLAINT

FORM 2131E (REV. 6/06)

Grievance No.

AUB-70503-16

Auburn _____ CORRECTIONAL FACILITY

Date 11/21/16

Name Tommie Crosby    Dept.No. 15A3242 Housing Unit A-3-15

#22 Dissatisfied With Treatment of Painful Abdominal Lump

Program _____ AM School PM

*(Please Print or Type - This form must be filed within 21 calender days of Grievance Incident) \**

Description of Problem: (Please make as brief as pos) Grievant is filing this grievan- ce is because grievant have a huge painful lump in the midd- le of grievant abdomen and nothing is done about it. Grievant has seen two (2) doctors. Each time grievant was giving two (2) different diagnosises to what it might be. The medical de- partment here is not doing a work up to see what it is actual- ly is. Grievant was also giving some medication without a pro- per diagnosises.

Grievant Signature  Tommie Crosby

RECEIVED AUBURN I.G.R.C.

Grievance Clerk _____    Date on 11/23/16

Advisor Requested ☑ YES  ☐ NO  Who: Amy Brody

Action requested by inmate: Grievant want a full work up done so that the ~~problem~~ painful problem could be taken care of.

This Grievance has been informally resolved as follows:

_____

_____

_____

_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
Signature _____    Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\* An exception to the time limit mat be requested under Directive #4040, section 701.6(g).

| NEW YORK STATE **Corrections and Community Supervision** | GRIEVANCE NO. **AUB - 70503 - 16** | | DATE FILE **11/23/2016** |
|---|---|---|---|
| | FACILITY **AUBURN** | | POLICY DESIGNATION **I** |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE **DISSAT. WITH TREATMENT OF PAINFUL ABDOMINAL LUMP** | | CLASS CODE **22.0** |
| **SUPERINTENDENT** | SUPERINTENDENT'S SIGNATURE | | DATE **12/26/2016** |
| GRIEVANT **Crosby    T.** | DIN **15-A-3242** | HOUSING UNIT **A-03-15** | |

On 7/12/16, grievant was seen and evaluated by Dr. G. Her progress note of that date stated that she noted no hernia. She did note a normal xiphoid process, and this is a normal part of your anatomy. On 11/10/16, grievant was seen by a different provider for "epigastric pain" and he prescribed Prilosec daily. You pointed out your xiphoid process to him, and this is normal. No other treatment is indicated and a proper assessment was done both times. You have not been to sick call since ou were seen on 11/10/16. Grievant is advised to utilize established sick call procedures to address his medical issues. Appeal is granted to that extent.

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to you Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to appeal.* Please state why you are appealing this decision to C.O.R.C.

Grievant was giving two different opinions by Dr. G and the other Dr. Grievant was never ever evaluated by Dr. G or the other. This is not the first time Grievant has been to sick call complainting about abdomen pain and nothing be done.

_Tommie Crosby_    _12/30/16_
GRIEVANT'S SIGNATURE        DATE

---

GRIEVANCE CLERK'S SIGNATURE        DATE

*An exception to the time limit may be requested under Directive #4040, Section 701.6 (g).
FORM 2133 (02/15)

| NEW YORK STATE Corrections and Community Supervision | Grievance Number AUB-70503-16 | Desig./Code I/22 | Date Filed 11/23/2016 |
|---|---|---|---|
| | Associated Cases | | Hearing Date 11/1/2017 |
| ANDREW M. CUOMO Governor    ANTHONY J. ANNUCCI Acting Commissioner | Facility Auburn Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance Treatment For Painful Abdominal Lump | | |

## GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART

Upon full hearing of the facts and circumstances in the instant case, and upon recommendation of the Division of Health Services, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant was seen by the provider on 7/12/16 and 11/17/16 for a lump in his abdomen and epigastric pain.  The provider noted that the lump in the grievant's abdomen is his xiphoid process, which is a normal part of his anatomy.  It is also noted that he was prescribed Prilosec and that further treatment was not found to be medically necessary.

CORC asserts that, consistent with Health Services Policy Manual Item #6.01, the Facility Health Services Directors have the sole responsibility for providing treatment to the inmates under their care.

With regard to the grievant's appeal, CORC finds insufficient evidence of improper care or malfeasance by staff.  He is advised to address further medical concerns via sick call at his current facility.

TAB/

---------------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------------

This document has been electronically signed by Shelley M. Mallozzi

NEW YORK STATE | **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

From:      Rachael Seguin, Assistant Director, Inmate Grievance Program

SUBJ:      Receipt of Appeal

T CROSBY  15A3242  9/19/2017
Auburn Correctional Facility
Your grievance AUB-70503-16 entitled
Treatment For Painful Abdominal Lump
was rec'd by CORC on 1/24/2017

# BioReference
## LABORATORIES

FINAL REPORT

A-375

| | | |
|---|---|---|
| **D O C T O R** | RYERSON, NANCY<br><br>M5152 - AUBURN CORRECTIONAL<br>135 STATE STREET,<br>AUBURN, NY 13021<br>Acct #: (M5152)                    FX<br>P: (315)253-8401 | |

| **P A T I E N T** | CROSBY, TOMMIE<br>DOB: 08/19/1955  **Age: 61 Y Sex: M**<br>U/FL:              Bed:<br>Rm:<br>Inmate ID:      15A3242<br>Address:,<br>           , NY<br><br>P: |

| **S A M P L E** | Specimen ID: 108597378<br>Date Of Report: 12/15/2016 16:30<br>Date Collected: 12/13/2016 09:17<br>Date Received: 12/14/2016 22:09<br><br><br><br>*North America Eastern Time* |

Notes:  55407536. NON FASTING

# CLINICAL REPORT

-----* MICROBIOLOGY *-------

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| QUANTIFERON-TB GOLD | NEGATIVE | | NEGATIVE | | *NEGATIVE* | 12/17/2015 |
| NIL VALUE | 0.096 | | | | *0.132* | 12/17/2015 |
| TB ANTIGEN-NIL VALUE | -0.044 | | | | *0.10* | 12/17/2015 |
| MITOGEN- NIL VALUE | >10 | | | | *>10* | 12/17/2015 |

NOTE: Diagnosing or excluding tuberculosis disease, and assessing
the probability of LTBI, requires a combination of epidemiological,
historical, medical, and diagnostic findings that should be taken
into account when interpreting QuantiFERON-TB Gold IT results. See
general guidance on the diagnosis and treatment of TB disease and
LTBI (http://www.cdc.gov/nchstp/tb/).
*********************************************************

| Nil<br>[IU/mL] | TB Ag.minus Nil<br>[IU/mL] | Mitogen minus Nil<br>[IU/mL] | QuantiFERON-TB<br>Gold IT Result |
|---|---|---|---|
| </=8.0 | >/=0.35 and >/=25% Nil | Any | Positive |
| | <0.35<br>OR<br>>/=0.35 and <25% Nil | >/=0.5<br><br>>/=0.5 | Negative |
| >8.0 | Any<br>OR<br><0.35<br>OR<br>>/=0.35 and <25% Nil | Any<br><br><0.5<br><br><0.5 | Indeterminate |

*********************************************************
NOTE: In clinical studies, less than 0.25% of subjects had interferon
gamma levels of >8.0 IU/mL for the Nil control.
NOTE: The magnitude of the measured interferon gamma level cannot be
correlated to stage or degree of infection, level of immune responsiveness
or, likelihood for progression to active disease. A positive TB response
in persons who are negative to mitogen is rare, but has been seen in
patients with TB disease. This indicates the interferon gamma response
to TB antigen is greater than that to mitogen, which is possible as the
level of mitogen does not maximally stimulate interferon gamma
production by lymphocytes.

438  12/23/16

# BioReference
### L A B O R A T O R I E S

FINAL REPORT

| | | |
|---|---|---|
| **D O C T O R**<br>RYERSON, NANCY<br>M5152 - AUBURN CORRECTIONAL<br>135 STATE STREET,<br>AUBURN, NY 13021<br>Acct #: (M5152  )        FX<br>P: (315)253-8401 | **P A T I E N T**<br>CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 60   Sex: M<br>U/FL:         Bed:<br>Rm:<br>Inmate ID:      15A3242<br>Address:,<br>          , NY<br>P: | **S A M P L E**<br>Specimen ID: 101799947<br>Date Of Report: 12/19/2015 22:39<br>Date Collected: 12/17/2015 10:09<br>Date Received: 12/18/2015 23:28<br><br>*North America Eastern Time* |

Notes: 55108971. NON FASTING

## CLINICAL REPORT

### -----* MICROBIOLOGY *-------

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| QUANTIFERON-TB GOLD | NEGATIVE | | NEGATIVE | | | |
| NIL VALUE | 0.132 | | | | | |
| TB ANTIGEN-NIL VALUE | 0.10 | | | | | |
| MITOGEN- NIL VALUE | >10 | | | | | |

NOTE: Diagnosing or excluding tuberculosis disease, and assessing
the probability of LTBI, requires a combination of epidemiological,
historical, clinical, and diagnostic findings that should be taken
into account when interpreting QuantiFERON-TB Gold IT results. See
general guidance on the diagnosis and treatment of TB disease and
LTBI (http://www.cdc.gov/nchstp/tb/).
*****************************************************************

| Nil<br>[IU/mL] | TB Antigen minus Nil<br>[IU/mL] | Mitogen minus Nil<br>[IU/mL] | QuantiFERON-TB<br>Gold IT Result |
|---|---|---|---|
| </=8.0 | >/=0.35 and >/=25% Nil | Any | Positive |
| | <0.35<br>OR<br>>/=0.35 and <25% Nil | >/=0.5<br><br>>/=0.5 | Negative |
| >8.0 | Any<br>OR<br><0.35<br>OR<br>>/=0.35 and <25% Nil | Any<br><br><0.5<br><br><0.5 | Indeterminate |

*****************************************************************
NOTE: In clinical studies, less than 0.25% of subjects had interferon
gamma levels of >= 8 IU/mL for the Nil control.
NOTE: The magnitude of the measured interferon gamma level cannot be
correlated to stage or degree of infection, level of immune responsiveness
or, likelihood for progression to active disease. A positive TB response
in persons who are negative to mitogen is rare, but has been seen in
patients with TB disease. This indicates the interferon gamma response
to TB antigen is greater than that to mitogen, which is possible as the
level of mitogen does not maximally stimulate interferon gamma
production by lymphocytes.

REVIEWED BY (init.)_____/_____DATE
☒ NO ACTION IS REQUIRED AT THIS TIME
☐ REPORT TO SICK CALL
☐ FOLLOW UP WILL BE ARRANGED WITH A PRIMARY PROVIDER
☐ FOLLOW UP WILL BE ARRANGED WITH A SPECIALIST
☐ NOTIFICATION FORM COMPLETED AND DISTRIBUTED

*MCarthy MD*
*1.04.16*

BioReference Laboratories, Inc.
481 Edward H. Ross Dr | Elmwood Park, NJ 07407 | (800) 229-5227

James Weisberger M.D.
Laboratory Director

Page 1 of  1
Printed 12/29/2015 10:38

AUBURN PHARMACY                 Medication Not Filled                                    Page 1
4/4/2016                                                                                  07:44 am


Person:   CROSBY, TOMMIE                              DIN #:  15A3242

Facility:   AUBURN C.F. ( 010 )

Location:   0C-13-16S


Prescription 225959 Cannot be Refilled this soon.  Next Refill is due on 04/14/2016.
Can be refilled as early as 4/9/2016.


Drug:   KETOCONAZOLE TOPICAL 120ML 2%

Doctor:   O'CONNOR-RYERSON, NANCY


Refills Authorized:   5

Refills Used:   0

Last Filled:   3/15/2016

Last Dispense Qty:   1

Days Supply:   0

# EXHIBITS

# F, J, M, N, O, P and Q

Plaintiff Tommie Crosby's medical records, grievances, doctor appointment, letter for Nurse Administrator Ms. Leslie Carey, and letter to Dr. Kyouing Kim from plaintiff Tommie Crosby requesting a doctor appointment. Still, defendants Dr. Tim Nguyen and Dr. Kyoung Kim have not told plaintiff Tommie Crosby that plaintiff have tested positive for the very deadly Hepatitis C viruses.

## Green Haven Correctional Facility

# EXHIBIT R

Plaintiff Tommie Crosby three (3) consolidated grievances of June 16, 2017, requesting that those three (3) grievances be forwarded to Chief Medical Officer Mr. Carl J. Koenigsmann for a response. To which Plaintiff Crosby never received a response from Chief Medical Officer Mr. Carl J. Koenigsmann.

Green Haven Correctional Facility

FORM 3105A (7/11)        STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**AMBULATORY HEALTH RECORD PROGRESS NOTE**

| Name | CROSBY | DIN | 15A3242 | Date of Birth | 8/19/55 | Facility Name | 080 |

In / Out Draft / Out to Court - Green Haven CF

**Subjective:** PPD/QFT: Ø 12/14/16    Td/Tdap:
Hx PPD+ Ø
Hx TB prophy:

Last Name CROSBY
DIN 15A3242    Location _____

**Objective:** Hx Chicken Pox:    Nicotine patch    Date 28APR17    Time 10PM
CXR:    cleans. Has it
RPR:

HIV: Ø 2/2006

**Assessment:** Request HIV Rapid Test: Y (N)

Provider Orders:
Hep 'C' (+) Sustained Viral Response
Hep 'A' Immune

**Plan:** HBsag:    Hep 'B' Immune    Hep C Rx Tx complete c/2005
HBcab:    8/KA5    Syphilis
HBsab:    NKDA
HBVax: 1)    2)    3)    Vs 144/97  81  99°    weight 212 lbs
HCab:                                              Tc 978.6

Signature/Provider # Tuy Nguyen - 24)    RN Transcribing Order/Provider#/Date/Time

---

**Subjective:** on 1's meds
stop smoking now    wt
using patch

Last Name Crosby
DIN 15A3242    Location _____
Date 5/5/17    Time _____

**Objective:** Hepatitis c cured 2005
Bx 12/18  no bx
U2 ENT → Rx

Provider Orders:
Colonoscopy 2006 or SMC

**Plan:** other → f/up

Signature/Provider # _____    RN Transcribing Order/Provider#/Date/Time

---

**Subjective:**

Last Name Crosby
DIN 15A3242    Location _____

**Objective:** Lab:
CBC, CSK
SMAC, GGTP
PSA, CIN4
U/A

Date 5/5/17    Time _____

Provider Orders:

**Assessment:**

**Plan:**

Signature/Provider # _____    RN Transcribing Order/Provider#/Date/Time    5/8/17

Continue entry into next box if necessary.



# Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

*Tina please handle*

## MEMORANDUM

To:       CROSBY, 15A3242, G6-363

From:    Leslie Carey, Nurse Administrator

Re:       Correspondence Dated 5/21/17

Date:    May 31, 2017

I am in receipt of your correspondence regarding:

X      Request for Medical Record Review

       Request for Medical Records

Be advised that your request has been forwarded to the Medical Records Department for processing.    Your request will be processed in the order it is received.

Cc:  file

**NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
GRIEVANCE COMPLAINT**

JUN 27 2017

| Grievance No. |
|---|
| 86927-17 |

**GREEN HAVEN CORRECTIONAL FACILITY**

Date June 16, 2017

Name Tommie Crosby                Din. No. 15A3242   Housing Unit G-6-363

Program Voc. Porter    AM_____ PM_____

*(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)*\*

Description of Problem: (Please make as brief as possible) Grievant is filing this grievance against Riker's Island North Infirmary Center Medical Department for not informing grievant of his hepatitis C virus status, and not affording the proper medical care and medical treatment for grievant hepatitis C virus under the Americans with Disabilities Act (ADA) and Rehabilitation Act. Grievant should have been inform by the Medical Department at Riker's Island North Infirmary Center that his hepatitis C virus has return and grievant should have been treated with the latest treatment.

Grievant Signature *Tommie Crosby*                6/16/17

Grievance Clerk _____ Date: _____

Advisor Requested ☐ Yes  ☐ No   Who: _____

Action requested by inmate: Grievant is requesting that a copy of this grievance be forward to the Riker's Island North Infirmary Center Medical Department for theirs response. Grievant is also requesting that a copy of this grievance be forward to the Chief Medical Officer for the New York City Department of Correctional Services for theirs response.

This Grievance has been formally resolved as follows:

_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____ Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
\*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

NEW YORK STATE DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION
## GRIEVANCE COMPLAINT

(22) NOT informed of Hep C STATUS.

Grievance No.
86927-17

## GREEN HAVEN CORRECTIONAL FACILITY

JUN 27 2017
Date June 16, 2017

Name  Tommie Crosby          Din. No. 15A3242   Housing Unit  G-6-363

Program  Voc. Porter    |    AM          PM

**(Please Print or Type - This form must be filled within 21 calendar days of Grievance Incident)***

Description of Problem: (Please make as brief as possible) Grievant is filing this grievance against Downstate Correctional Facility Medical Department, Auburn Correctional Facility Medical Department, and Green Haven Medical Department for not informing griev- ant of his hepatitis C virus status, and not affording grievant the proper medi- cal care and medical treatment for his hepatitis C virus under the Americans with Disabilities Act (ADA) and Rehabilitation Act. Grievant should have been inform by the medical departments at these facilities of his return hepatitis C virus and treated with the latest treatment.

Grievant Signature  Tommie Crosby          6/16/17

Grievance Clerk _____  Date: _____

Advisor Requested  [✓]Yes    [ ]No   Who: Anyone _____

Action requested by inmate: Grievant is requesting that a copy of this grievance be for- ward to all the above mention Correctional Facilities for theirs response. Grievant is also requesting that this grievance also be forward to the Chief Medical Officer for the New York State Department of Correctional Services for theirs response.

This Grievance has been formally resolved as follows:

_____
_____
_____
_____

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant
signature _____  Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

GRIEVANCE CASE HISTORY AND RECORD
GREEN HAVEN CORRECTIONAL FACILITY

GRIEVANCE NUMBER: GH-86927-17
NAME: Crosby, T.
DIN #: 15A3242
TITLE: Not Informed of Hep C Status
CODE: 22

DESCRIPTION OF PROBLEM:
DATE: 6/27/17. The grievant complains he was not informed by medical staff of his Hepatitis C status.

ACTION REQUESTED:
DATE: 6/16/17. Grievant is requesting that a copy of this grievance be forward to all the above mention Correctional Facilities for theirs response. Grievant is also requesting that this grievance also be forward to the Chief Medical Officer for the New York State Department of Correctional Services for theirs response.

Grievant is requesting that a copy of this grievance be forward to the Manhattan House of Detention Medical Department for theirs response. Grievant is requesting that this grievance be forward to the Chief Medical Officer for the New York State Department of Correctional Services for theirs response.

Grievant is requesting that a copy of this grievance be forward to the Riker's Island North Infirmary Center Medical Department for theirs response. Grievant is also requesting that a copy of this grievance be forward to the Chief Medical Officer for the New York City Department of Correctional Services for theirs response.

IGRC RECOMMENDATION:
DATE: 7/11/17. IGRC recommend that Dir #4300 be adhere to and grievant receive appropriate medical care and treatment.

SUPERINTENDENT RESPONSE:
DATE: 8/29/17. According to the investigation, the grievant's computer records and medical chart were reviewed by the Nurse Administrator. The grievant was previously positive for Hep C. He reportedly completed treatment in 6/2005. He had bloodwork done on 8/7/2015. There is no recent bloodwork. The grievant had a Colonoscopy August 2017. There is no current MD appointment request on file. The grievant should attend sick call to request a follow-up appointment for the Colonoscopy and to discuss his Hep C issue with his provider.

Grievance is denied.

APPEAL TO CORC:
DATE: 9/5/17. Grievant Tommie Crosby is in totally disagreement with Acting Superintendent Ms. Jaifa Collado investigation and findings of August 10, 2017., concerning grievant deadly Hepatitis C virus. In Acting Superintendent Ms. Collado investigation and findings. She never once mentioned in her response that grievant Tommie Crosby had never been inform by any of grievant health care providers that grievant deadly Hepatitis C virus has return without grievant knowledge since August 10, 2015. Grievant last Laboratories blood test report of August 10, 2015., shows that grievant test positive for the deadly Hepatitis virus since grievant was incarcerated at Downstate Correctional Facility back on August 10, 2015. Still to this very day. No one from the Medical Department has not come forward to inform grievant Tommie Crosby that his deadly Hepatitis C virus has return at a very high level. Also, in Acting Superintendent Ms. Collado investigation and findings. She states "There is no current MD appointment request on file." On July 27, 2017., grievant Tommie Crosby wrote a letter to his health care provider doctor Mr. Kim Kyouny until this very day. (See attach letter written to Dr. Kim Kyouny on July 27, 2017.)

Grievant cannot understand for the life in him what his recent Colonoscopy procedure has to do with his Health Care providers not informing grievant that his deadly Hepatitis C virus has return since August 10, 2015.

Grievant is requesting to be treated with the latest vaccine for the deadly Hepatitis C virus.

12/2016

## INMATE GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO: _____ *Crosby* _____ DIN: _____ *15A3242* _____ LOC. _____ *G6 - 363* _____

FROM: IGRC OFFICE: Incident date: _____ Action Request: _____ Signature: _____

CODE: _____ *22* _____ TITLE: _____ *NOT Informed of Hep C STATUS* _____

This notice is to inform you that your grievance has been received by this office on

_____ *6/20* _____. It has been given the log number GH _____ *86927 - 17* _____.    JUN 27 2017

*CONSOLIDATION X3*

Your log number, DIN, and cell location must be included on any inquiry made concerning your
grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing.
According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will
hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing.
However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in
accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An inmate is encouraged to resolve his complaints
through the guidance and counseling unit  the program area directly affected, or other existing
channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-
conditions for submission of a grievance, the failure of an inmate to attempt to resolve a problem on
his own may result in the dismissal and closing of a grievance at an IGRC hearing.

## *Notice of Return: **Please resubmit with correction requested.***

Please be advised that your grievance received on _____ , is being returned to you via callout for
one or more of the following reasons. You will be placed on a callout to meet with an IGRC Inmate
Representative to make any necessary corrections.

____ No action request, please indicate one.        ____ No incident date noted.

____ No signature                                   ____ Non-grievable per Directive #4040

____ Unable to understand handwriting.              ____ Loss/damage of property is addressed by utilizing
                                                    the claim mechanism in accordance with
____ Other (as indicated below):                    Directive #2733.

_____
_____
_____
_____

IGP Supervisor Stanaway _____ *TS* _____        IGP Supervisor Wonsang _____

Memorandum

To      Grievance Committee

From:   L. Carey, NA

Date:   29 June 2017

Re      Grievance 86927-17, Crosby T, 15a3242, Not Informed of Hep C Status

1.  The inmates chart and computer records have been reviewed.
2.  The inmate was previously + for Hep C disease.  He reportedly completed treatment in 6/2005.
3.  His bloodwork, of 8/7/2015, indicates  + antibody for Hep C (S/CO Ratio 30.8). I find no recent bloodwork.
4.  The inmate also has a Colonoscopy requested in August 2017.
5.  There is no current MD appt. request on file. Please go to sick call to request an appointment with your provider.

FORM 2131.2E (REVERSE)  (REV. 6/06)

Crosby
15A 3242

GH-86927-17
Code:22

Response of IGRC:

IGRC recommend that Dir #4300 be adhere to and
grievant receive Appropriate Medical care and treatment

Date Returned to Inmate ___7/11/17___        IGRC Members _____

Chairperson _____                        Douglas

Return within 7 calendar days and check appropriate boxes.*

[ ] I disagree with IGRC response and wish to
     appeal to the Superintendent.

[✓] I agree with the IGRC response and wish to
     appeal to the Superintendent.

[ ] I have reviewed deadlocked responses.
     Pass-Thru to Superintendent

[ ] I apply to the IGP Supervisor for
     review of dismissal

Signed   Tommie Crosby                      7/17/17
                    Grievant                              Date

JUL 18 2017

_____                    7/21/17
     Grievance Clerk's Receipt                     Date

To be completed by Grievance Clerk.

Grievance Appealed to the Superintendent ___7.17.17___
                                                              Date

Grievance forwarded to the Superintendent for action ___7.21.17___
                                                                              Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

TO:        Kim Kyouny, M.D.

FROM:      Tommie Crosby   DIN# 15A3242   CELL LOC: G-6-363

DATE:      July 27, 2017

SUBJECT:   Schedule an appointment with you concerning my

           Hepatitis.

Dear Dr. Kim:

     I am writing to you this short letter to request an appoint-
ment with you to discuss my Hepatitis C. I would deeply appreci-
ate your response to this as soon as possible by scheduling an
appointment with me.

     In closing, I would like to thank you for your time and con-
cern in the above matter.



                         Respectfully,

                         Tommie Crosby jr

BRING THIS SLIP WITH YOU TO THE CLINIC
TRIAGA SU "CALLOUT" CUANDO VENGA A LA CLINI

 MEDICAL DEPARTMENT 

CALL OUT FORM

TO: _____Crosby_____

DIN: ___15A3242___ LOCATION G-4-143

FROM: MEDICAL DEPARTMENT
RE: MANDATORY CLINIC APPOINTMENT
Medical callouts are mandatory. If you choose NOT to see
the medical provider, a refusal form must be completed.
You will not be automatically rescheduled.

YOU ARE SCHEDULED FOR AN APPOINTMENT WITH:

Dr. Davis _____        Dr. Silver_____

Dr. Kim _____✕_____        Dr. Akhand _____

Dr. Korobkova ____        NP Acrish_____

Dr. Uzu _____        NP Ashong_____

___3-13-18___ At ____1⁰⁰____ AM/(PM)

# BioReference
## LABORATORIES
an **OPKO** Health Company

**FINAL REPORT**

| | | |
|---|---|---|
| **D O C T O R** | KIM, KYOUNG<br><br>M5715 - GREENHAVEN<br>CORRECTIONAL<br>594 ROUTE 216,<br>STORMVILLE, NY 12582<br>Acct #: (M5715)        S8<br>P: (845)221-2711 | |

| **P A T I E N T** | CROSBY, TOMMIE<br>**DOB:** 08/19/1955  **Age:** 62 Y **Sex:** M<br>U/FL:         Bed:<br>Rm:<br>Inmate ID:       15A3242<br>Address: ,<br>        , NY<br>P: |

| **S A M P L E** | Specimen ID: 104203654<br>Date Of Report: 08/22/2017 21:39<br>Date Collected: 08/22/2017 08:58<br>Date Received: 08/22/2017 16:02<br><br><br>*North America Eastern Time* |

Notes:  PATIENT FASTING

## CLINICAL REPORT

### Clinical Abnormalities Summary: (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creat Ratio | 8.8 LO | | | | |
| HEP. A Ab., TOTAL | Reactive * | HEP. B CORE Ab. IGG | Reactive * | HEP. B SURF. AB. | Reactive * |
| HEP. C Ab. | Reactive * | HEP C Ab. (S/CO RATIO) | >11.00 HI | | |

## * CHEMISTRY *

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| Total Protein | 6.9 | | 5.9-8.4 | g/dL | | |
| Albumin | 4.3 | | 3.5-5.2 | g/dL | | |
| Globulin | 2.6 | | 1.7-3.7 | g/dL | | |
| A/G Ratio | 1.7 | | 1.1-2.9 | | | |
| Glucose | 95 | | 70-99 | mg/dL | | |
| Sodium | 145 | | 135-147 | mmol/L | | |
| Potassium | 3.8 | | 3.5-5.5 | mmol/L | | |
| Chloride | 105 | | 96-108 | mmol/L | | |
| CO2 | 26 | | 22-29 | mmol/L | | |
| BUN | 9 | | 8-23 | mg/dL | | |
| Creatinine | 1.02 | | 0.80-1.30 | mg/dL | | |
| e-GFR | 78 | | >or=60 | mL/min | | |
| e-GFR, African American | 90 | | >or=60 | mL/min | | |
| BUN/Creat Ratio | | 8.8 LO | 10.0-28.0 | | | |
| Calcium | 9.3 | | 8.6-10.4 | mg/dL | | |
| Uric Acid | 4.5 | | 3.4-8.5 | mg/dL | | |
| Iron | 110 | | 59-158 | ug/dL | | |
| Bilirubin, Total | 0.7 | | <1.2 | mg/dL | | |
| LD | 200 | | 135-225 | U/L | | |
| Alk Phos | 116 | | 40-156 | U/L | | |
| AST | 17 | | <40 | U/L | | |
| PHOSPHORUS | 3.0 | | 2.7-4.5 | mg/dL | | |
| ALT | 18 | | <41 | U/L | | |
| GGTP | 13 | | 10-71 | U/L | | |

## * CARDIOVASCULAR/LIPIDS *

| Cholesterol | 113 | | <200 | mg/dL | | |
|---|---|---|---|---|---|---|
| Triglycerides | 136 | | <150 | mg/dL | | |

BioReference Laboratories, Inc.
481 Edward H. Ross Dr | Elmwood Park, NJ 07407 | (800) 229-5227

**James Weisberger M.D.**     Page 1 of  3
**Laboratory Director**    Printed 08/23/2017 07:27

**FINAL REPORT**

# BioReference
### LABORATORIES
### an **OPKO** Health Company

| | | |
|---|---|---|
| **D O C T O R** | KIM, KYOUNG<br><br>M5715 - GREENHAVEN<br>CORRECTIONAL<br>594 ROUTE 216,<br>STORMVILLE, NY 12582<br>Acct #: (M5715)     **S8**<br>P: (845)221-2711 | |

| | |
|---|---|
| **P A T I E N T** | CROSBY, TOMMIE<br>DOB: 08/19/1955  Age: 62 Y Sex: M<br>U/FL:            Bed:<br>Rm:<br>Inmate ID:     15A3242<br>Address:,<br>         , NY<br>P: |

| | |
|---|---|
| **S A M P L E** | Specimen ID: 104203654<br>Date Of Report: 08/22/2017 21:39<br>Date Collected: 08/22/2017 08:58<br>Date Received: 08/22/2017 16:02<br><br><br>*North America Eastern Time* |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|---|---|---|---|---|---|---|
| **----- * URINALYSIS * ------** | | | | | | |
| Color | YELLOW | | YELLOW, STRAW, AMBER | | | |
| Character | CLEAR | | CLEAR | | | |
| Specific Gravity Ur | 1.019 | | 1.003-1.030 | | | |
| pH Urine | 5.0 | | 5.0-8.0 | | | |
| Protein, Urine | NEGATIVE | | NEGATIVE | | | |
| Glucose, Urine | NEGATIVE | | NEGATIVE | | | |
| Ketone, Urine | NEGATIVE | | NEGATIVE | | | |
| Urobilinogen Urine | 0.2 | | 0.2-1.0 | mg/dL | | |
| Bilirubin, Urine | NEGATIVE | | NEGATIVE | | | |
| Blood, Urine | NEGATIVE | | NEGATIVE | | | |
| Nitrites Urine | NEGATIVE | | NEGATIVE | | | |
| Leukocyte Esterase | NEGATIVE | | NEGATIVE | | | |
| Crystals Urine | NONE | | NONE | | | |
| Crystal Amt. Urine | NONE | | NONE | PER HPF | | |
| WBC, Urine | 0-4 | | 0-4 | PER HPF | | |
| RBC, Urine | NONE SEEN | | NONE SEEN | PER HPF | | |
| Epithelial Cells, Ur | NONE | | NONE-FEW | | | |
| Cast, Hyaline, Urine | 0-4 | | 0-4 | PER LPF | | |
| Cast, Granular, Ur | NONE SEEN | | 0-1 | PER LPF | | |
| Cast, RBC, Urine | NONE SEEN | | 0-1 | PER LPF | | |
| Bacteria, Urine | NONE | | NONE-FEW | | | |
| **------- * MISCELLANEOUS * ------** | | | | | | |
| PSA Total | 2.61 | | <4.00 | ng/mL | | |

```
NOTE: A TOTAL PSA RESULT BETWEEN 1.50-4.00 ng/mL IS CONSIDERED TO BE
      WITHIN THE EARLY-WARNING PSA ZONE, WITH AN INCREASED RISK OF
      FUTURE PROSTATE CANCER AND BPH.
REFERENCE: CRAWFORD, ED, ET AL. BJU INTERNATIONAL 2011, 108:1743-1749.

NOTE: The PSA assay should not be the only test used for diagnostic purposes.
      Additional evaluation using DRE, ultrasound, TUR or similar procedures may
      be used for this purpose. Predictions of disease recurrence should not be
      based solely upon values obtained from serial PSA values obtained on the
      patient.
NOTE: Values obtained with different assay methods or kits cannot be
      used interchangeably.
NOTE: Results cannot be interpreted as absolute evidence of the presence or
      absence of malignant disease.

ASSAY INFORMATION: Method Electrochemiluminescence Immunoassay (Roche Diagnostics)
```

| Test | Result | | Reference | | | |
|---|---|---|---|---|---|---|
| HEP. A Ab., IgM | Non-Reactive | | Non-Reactive | | | |

BioReference Laboratories, Inc.
481 Edward H. Ross Dr | Elmwood Park, NJ 07407 | (800) 229-5227

**James Weisberger M.D.**     Page 2 of  3
**Laboratory Director**     Printed 08/23/2017 07:27

# BioReference
### LABORATORIES
an **OPKO** Health Company

**FINAL REPORT**

**D O C T O R**
KIM, KYOUNG

M5715 - GREENHAVEN
CORRECTIONAL
594 ROUTE 216,
STORMVILLE, NY 12582
Acct #: (M5715)          S8
P: (845)221-2711

**P A T I E N T**
CROSBY, TOMMIE
DOB: 08/19/1955   Age: 62 Y Sex: M
U/FL:             Bed:
Rm:
Inmate ID:     15A3242
Address:,
         , NY

P:

**S A M P L E**
Specimen ID: 104203654
Date Of Report: 08/22/2017 21:39
Date Collected: 08/22/2017 08:58
Date Received: 08/22/2017 16:02

*North America Eastern Time*

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|------|--------|----------|-----------|-------|-----------------|------|

NOTE: Hep A Ab,IgM is positive or reactive during the acute phase.
      Hep A Ab/Total is positive or reactive during the recovery phase
      or is indicative of a past infection.

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|------|--------|----------|-----------|-------|-----------------|------|
| HEP. A Ab., TOTAL | | Reactive * | Non-Reactive | | | |
| HEP. B CORE Ab. IGG | | Reactive * | Non-Reactive | | | |
| HEP. B SURF. AB. | | Reactive * | Non-Reactive | | | |
| HEP. B SURF. AG | Non-Reactive | | Non-Reactive | | | |
| HEP. C Ab. | | Reactive * | Non-Reactive | | | |

NOTE: Results for Hepatitis C Virus Antibody when reported as
      reactive indicate the presence of significant antibody
      levels as defined as a signal to cutoff ratio [s/co] of
      greater than or equal to 11.00. Sera with a high s/co
      ratio will confirm reactive in >95% of cases. However, <5%
      of results reported as reactive may be false-positives.
      Additional testing is available for patients whose anti-
      HCV result is inconsistent with clinical findings.

| Test | Result | Abnormal | Reference | Units | Previous Result | Date |
|------|--------|----------|-----------|-------|-----------------|------|
| HEP C Ab. (S/CO RATIO) | | >11.00 HI | <0.80 | | | |

Hepatitis B Result Interpretation
(for reference use only)

| Marker | LI/EA* | Acute | Past | Chronic | HBV Vacc. |
|--------|--------|-------|------|---------|-----------|
| HBsAg | + | + | - | + | - |
| HBeAg | + | + | - | +/- | - |
| HEP.B.CORE AB,IgM | - | + | - | - | - |
| HEP.B.CORE AB. | - | + | + | + | - |
| HBeAb | - | +/- | +/- | +/- | - |
| HBsAb | - | +/- | - | - | + |

*Late Incubation/Early Acute
NOTE: In remote past infection, HBsAb level may be Negative or
Non-Reactive in some patients.

# GREEN HAVEN CORRECTIONAL FACILITY
## CASE HISTORY & RECORD

GRIEVANCE NUMBER: _____ GH-86927-17 _____

NAME: _____ Crosby, T. _____

DIN: _____ 15A3242 _____

TITLE: Not Informed of Hep C Status _____

GH CODE: _____ 22 _____ INSTITUTIONAL/DEPARTMENTAL: _____ I _____

DATE FILED: _____ 6/27/17 _____

HEARING DATE: _____ 7/11/17 _____

SUPT. DATE: _____ 8/29/17 _____

APPEAL DATE: _____ 9/5/17 _____

### INVESTIGATIVE INFORMATION

IGRC INVESTIGATION DATE: _____

FACILITY POLICY #: _____

CAPTION DATE: _____

SUPERVISOR DATE: _____

EMPLOYEE DATE: _____

PRIOR CORC: _____

OTHER: _____

IGP SUPERVISOR'S SIGNATURE: _S. Wonscag_____ DATE: _9/22/17_

# EXHIBIT K thru L

Plaintiff Tommie Crosby grievances file against the medical staff here at Green Haven Correctional Facility that defendant Acting Superintendent Ms. Jaifa Collado denied causing further delay in plaintiff Tommie Crosby to receive medical care and medical treatment for plaintiff very deadly Hepatitis viruses.

Green Haven Correctional Facility

| Grievant CROSBY Number 15A3292 | | Docket 36/363 | |
|---|---|---|---|
| **Corrections and Community Supervision** | Grievance Number<br>86927-17 | | Date Filed<br>6/27/2017 |
| | Title<br>NOT INFORMED OF HEP C STATUS | | Code<br>22 |
| **Inmate Grievance Program<br>Green Haven** | Superintendent's Signature<br>*J.Collado, acting Supt* | | Date<br>8-29-17 |

The grievant complains he was not informed by medical staff of his Hepatitis C status.

According to the investigation, the grievant's computer records and medical chart were reviewed by the Nurse Administrator. The grievant was previously positive for Hep C. He reportedly completed treatment in 6/2005. He had bloodwork done on 8/7/2015. There is no recent bloodwork. The grievant had a Colonoscopy August 2017. There is no current MD appointment request on file. The grievant should attend sick call to request a follow-up appointment for the Colonoscopy and to discuss his Hep C issue with his provider.

\*\*\* Grievance is denied.

**Appeal Statement**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

Grievant Tommie Crosby is in totally disagreement with Acting Suprintend-

ent Ms. Jaifa Collado investigation and findings of August 10, 2017., con-

cerning grievant deadly Hepatitis C virus. In Acting Superintendent Ms.

| *Tommie Crosby* | *August 31, 2017* |
|---|---|
| Grievant's Signature | Date |
| *Jason Murray* | *9/5/17* |
| Grievance Clerk's Signature | Date |

Form 2133 (Rev. 2/89)

Collado investigation and findings. She never once mentioned in her response that grievant Tommie Crosby had never been inform by any of grievant health care providers that grievant deadly Hepatitis C virus has return without grievant knowledge since August 10, 2015. Grievant last Laboratories blood test report of August 10, 2015., shows  that grievant test positive for the deadly Hepatitis virus since grievant was incarcerated at Downstate Correctional Facility back on August 10, 2015. Still to this very day. No one from the Medical Department has not come forward to inform grievant Tommie Crosby that his deadly Hepatitis C virus has return at a very high level. Also, in Acting Superintendent Ms. Collado investigation and findings. She states " There is no current MD appointment request on file". On July 27, 2017., grievant Tommie Crosby wrote a letter to his health care provider doctor Mr. Kim Kyouny requesting an appointment with him to discuss grievant deadly Hepatitis C virus. As of yet. Grievant has not received a response or an appointment callout to the Health Care Unit to speak with Dr. Kim Kyouny until this very day. ( See attach letter written to Dr. Kim Kyouny on July 27, 2017.)

Grievant cannot understand forthe life in him what his recent Colonoscopy procedure has to do with his Health Care providers not informing grievant that his deadly Hepatitis C virus has return since August 10, 2015.

Grievant is requesting to be treated with the latest vaccine for the deadly Hepatitis C virus.

# EXHIBIT S and U

**Plaintiff Tommie Crosby grievances filed against defendant Correctional Officer P.L. McNeil. Also, a letter that plaintiff Tommie Crosby wrote to the New York City Health & Hospitals Corporation Correctional Health Services to obtain the confidential medical records defendant Correction Officer P.L. McNeil stolen from plaintiff Crosby.**

## Green Haven Correctional Facility

12/2016

## INMATE GRIEVANCE RESOLUTION COMMITTEE
## ACKNOWLEDGEMENT OF RECEIPT

TO: _Crosby, T._ DIN: _15A3242_ LOC. _SHU-19_

FROM: IGRC OFFICE: Incident date: _____ Action Request: _____ Signature: _____

CODE: _29_ TITLE: _Return Confiscated Legal Papers_

This notice is to inform you that your grievance has been received by this office on FEB 0 7 2018 _2/5/18_. It has been given the log number GH _88853 - 18_.

Your log number, DIN, and cell location must be included on any inquiry made concerning your grievance.

Upon completion of an investigation into your grievance, you will be scheduled for an IGRC hearing. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC will hold a hearing in absentia.

If your grievance is numbered as part of a consolidated issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Directive #4040 701.3(a) *Inmate's Responsibility*. An inmate is encouraged to resolve his complaints through the guidance and counseling unit the program area directly affected, or other existing channels (informal or formal) prior to submitting a grievance. Although a facility may not impose pre-conditions for submission of a grievance, the failure of an inmate to attempt to resolve a problem on his own may result in the dismissal and closing of a grievance at an IGRC hearing.

*Notice of Return:* ***Please resubmit with correction requested.***

Please be advised that your grievance received on _____ , is being returned to you via callout for one or more of the following reasons. You will be placed on a callout to meet with an IGRC Inmate Representative to make any necessary corrections.

____ No action request, please indicate one.     ____ No incident date noted.

____ No signature     ____ Non-grievable per Directive #4040

____ Unable to understand handwriting.     ____ Loss/damage of property is addressed by utilizing the claim mechanism in accordance with Directive #2733.

____ Other (as indicated below):

_____
_____
_____
_____

IGP Supervisor Stanaway _____     IGP Supervisor Wonsang _____

Grievant  CROSBY          Number  15A3242          Cell  ~~SHU 19~~  G 4 - 143

| NEW YORK STATE Corrections and Community Supervision | Grievance Number 88853-18 | | Date Filed 2/7/2018 |
|---|---|---|---|
| | Title RETURN CONFISCATED LEGAL PAPERS | | Code 29 |
| Inmate Grievance Program Green Haven | Superintendent's Signature | | Date 5/22/18 |

The grievant complains confidential legal/medical records were confiscated 1/25/18 and he is requesting they be returned to him.

According to the investigation the grievant was pat frisked outside of the Law Library on 1/25/18. A weapon was found and the grievant was handcuffed and escorted to SHU. The grievant's paperwork was placed into a plastic bag and placed in his property in SHU.

*** Grievance is denied.

---

**Appeal   Statement**

If you wish to refer the above decision of the Superintendent please sign below and return this copy to your Inmate Grievance  Clerk.  You have seven (7) calendar days from receipt of this notice to file your appeal.  Please state why you are appealing this decision to C.O.R.C.

_____

_____

_____

Grievant's Signature                                          Date

_____

Grievance  Clerk's  Signature                            Date

Form 2133 (Rev. 2/89)

Tommie Crosby DIN# 15A3242
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York    12582-4000


Date: November 30, 2017


New York City Health & Hospitals Corporation
Correctional Health Services
55 Water Street
18th floor
New York, New York    10041
Attn: Medical Records Unit

Re: Free of Information Request

Dear/Madam:

On November 15, 2017., I forward a letter to your agency request-
ing copies of my laboratory blood test were I tested positive for the
Hepatitis C virus. As of yet. I have not received any response from
your agency. Once again, please accept this letter as a request for
information pursuant to Freedom Of Information and Public Officers
Law §88 et seq. I respectfully request a copy of the following medic-
al records believed to be in the possession of your agency:

    Patient:     TOMMIE CROSBY
    DOB          08/19/55
    BookCase:    4411411029
    NYSID:       03433110Y
    Facility     Manhattan Drtention Complex or North Infirmary Comm-
                 and.

I am requestinf all and any laboratory blood tests reports done
on me while I was detained at the Manhattan Detention Complex locat-
ed at 125 White Street testing me positive for the Hepatitis C vir -
us during December 2, 2014., thru December 6, 2014.

If any or all of the above-named documants are denied, please
list the specific exemptions being cited to withhold information
from public disclosure.

If there are any costs necessary for the reproduction of these
records, please inform me accordingly. I expect and appreciate a
timely response as required by law.

If ther are any questions regarding this reqest, please contact
me at the address listed above.

In closing, I would like to thank you for your time and concern
in the above matter.

Respectfully Submitted,

*Tommie Crosby*

cc: file

Dated: November 30, 2017.

Tommie Crosby DIN# 15A3242
Green Haen Correctional Facility
P.O. Box 4000
Stormville, New York    12582-4000

Sworn to before me this:

30 day of November, 2017.

NOTARY PUBLIC

Emilio Mei
Notary Public, State of New York
Qualified in Dutchess County
Reg. # 01ME6153703
Commission Expires 10/16/2018