**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TOMMIE CROSBY,

Plaintiff,

18-cv-9470 (JGK)

- against -

**ORDER**

M.D. KEVIN PETERMANN, ET AL.,

Defendants.

**JOHN G. KOELTL, District Judge:**

On October 15, 2019, the Court issued an order granting the plaintiff's fifth request for an extension to respond to the motion to dismiss by November 27, 2019. The Court has not received a response from the plaintiff.

If the plaintiff does not respond to the motion to dismiss or notify the Court of exceptional good cause for a further extension by **December 6, 2019**, the Court will decide the motion based on the current papers.

**SO ORDERED.**

Dated: New York, New York
November 30, 2019

John G. Koeltl
United States District Judge