UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMMIE CROSBY,

            Plaintiff,

- against -

M.D. KEVIN PETERMANN, ET AL.,

            Defendants.

18-cv-9470 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received the plaintiff's motion to extend time. However, this motion is moot because the Court has now received the plaintiff's opposition to the defendants' motion to dismiss. The defendants shall have until **December 16, 2019** to reply.

**SO ORDERED.**

Dated:   New York, New York
         December 4, 2019

                                John G. Koeltl
                           United States District Judge