```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
––––––––––––––––––––––––––––––––––

**TOMMIE CROSBY,**

              Plaintiff,        18-cv-9470 (JGK)

    - against -

                                    <u>ORDER</u>

**M.D. KEVIN PETERMANN, ET AL.,**

              Defendants.

––––––––––––––––––––––––––––––––––

**JOHN G. KOELTL, District Judge:**

    The time for filing an amended complaint has expired and no amended complaint was filed. Therefore, this case is dismissed with prejudice. The Clerk is directed to enter judgment and to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **June 3, 2020**

                                           /s/ John G. Koeltl
                                          **John G. Koeltl**
                                    **United States District Judge**