UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TOMMIE CROSBY,

                Plaintiff,

-against-

M.D. KEVIN PETERMANN, ET AL.,

                Defendants.
-------------------------------------------------------------X

18 CIVIL 9470 (JGK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2020, the time for filing an amended complaint has expired and no amended complaint was filed. Therefore, this case is dismissed with prejudice; accordingly, this case is closed.

Dated: New York, New York

       June 4, 2020

                                                  RUBY J. KRAJICK

                                                    Clerk of Court

                           BY:

                                                    Deputy Clerk